**U.S. Department of Justice**
F⸱ ⸱ral Bureau of Prisons

# Program Statement

**OPI:** OGC
**NUMBER:** 1315.07
**DATE:** 11/5/99
**SUBJECT:** Legal Activities, Inmate

1. [<u>PURPOSE AND SCOPE</u> §543.10. **The Bureau of Prisons affords an inmate reasonable access to legal materials and counsel, and reasonable opportunity to prepare legal documents. The Warden shall establish an inmate law library, and procedures for access to legal reference materials and to legal counsel, and for preparation of legal documents.]**

2. **SUMMARY OF CHANGES.** The changes include allowing the Central Office to contact the institutions by way of BOPNet GroupWise or memorandum, rather than Operations Memorandum, to direct the ordering of law library materials.

The procedures for posting and maintaining Bureau and U.S. Parole Commission Federal Register documents at institutions are revised and streamlined. These documents will be sent via GroupWise to staff responsible for the institution law libraries instead of being issued by Operations Memoranda.

All references to the "Central Office Librarian" have been changed to "Bureau's Librarian" to reflect the Librarian's responsibility for providing services Bureau-wide.

The Standards Referenced have been updated to reflect the revised American Correctional Association standards.

Finally, the required publications in Attachments A, B, and C are updated to reflect a variety of changes including changes in name and title, volume numbers, publishers and publishing companies, etc. Specific changes to publications in Attachments A, B, and C, requirements for the main, satellite camp and basic inmate law libraries, include:

**[Bracketed Bold - Rules]**
Regular Type - Implementing Information

The amount of storage space provided for legal materials
depends upon the total storage space available.  Ordinarily, the
amount may not be restricted below three cubic feet per inmate.
In a segregation or detention area, the amount ordinarily may not
be restricted below one cubic foot per inmate.

Alternate storage areas may be provided only for storing
excess legal materials.  The Regional Counsel may be consulted if
there is a question as to the need for bulky or excess legal
material, or if there is any question regarding the applicability
of the legal materials to the inmate's own legal actions.

**[e.  An inmate is responsible for submitting his documents to
court.  Institution staff who are authorized to administer oaths
shall be available to provide necessary witnessing of these
documents, as requested by inmates and at times scheduled by
staff.**

See Section 16 for further instructions on administering oaths
and acknowledgments.

**f. (1)  Except as provided for in paragraph f.(4) of this
section, an inmate may assist another inmate in the same
institution during his or her leisure time (as defined in
paragraph a. of this section) with legal research and the
preparation of legal documents for submission to a court or other
judicial body.]**

Any assistance offered by one inmate to another is
voluntary.  An inmate is not entitled to assistance from any
specific inmate.  Because no inmate may conduct a business, the
assisting inmate may not receive compensation.  The assisting
inmate shall not be provided any privileges ordinarily afforded
to attorneys or paralegals, clerks, and legal assistants, even if
the inmate was an attorney before his or her incarceration.

Inmates who are in different institutions are prohibited
from providing legal assistance to each other except to the
extent that they may be allowed to correspond with each other
about legal matters.  For example, immediate family members or
co-defendants or co-plaintiffs may receive approval to exchange
correspondence (see the Program Statement on Correspondence).

Inmates who are allowed to exchange correspondence may
choose to include legal material pertinent to their joint action
in their correspondence.  Enclosed legal material, however, is
subject to inspection and can be read or copied.

Legal material which co-defendants or co-plaintiffs receive through special mail or from an attorney through an attorney visit is subject to inspection for contraband or qualification as special mail only, and may not be read or copied.

**[(2)   Except as provided for in paragraph f.(4) of this section, an inmate may possess another inmate's legal materials while assisting the other inmate in the institution's main law library and in another location if the Warden so designates.**

**(a)   The assisting inmate may not remove another inmate's legal materials, including copies of the legal materials, from the law library or other designated location.  An assisting inmate is permitted to make handwritten notes and to remove those notes from the library or other designated location if the notes do not contain a case caption or document title or the name(s) of any inmate(s).  The assisting inmate may also develop and possess handwritten drafts of pleadings, so long as the draft pleadings do not contain a case caption or document title or the name(s) of any inmate(s).  These notes and drafts are not considered to be the assisting inmate's legal property, and when the assisting inmate has these documents outside the law library or other designated location, they are subject to the property limitations in § 553.11(a) of this chapter.]**

§553.11(a) refers to the Program Statement on Inmate Personal Property.

**[(b)   Although the inmate being assisted need not remain present in the law library or other designated location while the assistance is being rendered, that inmate is responsible for providing and retrieving his or her legal materials from the library or other designated location.  Ordinarily, the inmate must provide and retrieve his or her legal materials during his or her leisure time.  An inmate with an imminent court deadline may request a brief absence from a scheduled program or work assignment in order to provide or retrieve legal materials from an assisting inmate.]**

The law library is the most appropriate location for allowing inmates to assist one another with legal matters however, the Warden may choose to designate additional locations.

Where it is difficult to use the institution's main law library (for example, at a medical facility, a metropolitan detention center, a metropolitan correctional center, an administration maximum security facility, an administrative high security level institution, or in a special housing unit,

pretrial unit, or holdover unit), the Warden should designate
another location. The need for institution security, good order,
or discipline, however, may prevent the use of another location.

        The inmate being assisted must bring his or her legal
materials to the law library or other designated location to
provide them to the assisting inmate. The assisting inmate may
not remove the legal materials from the law library or other
designated location.

        Legal materials left unattended in the law library or
other designated location may be disposed of as nuisance
contraband or returned by staff to the owner. Staff are to
consult with institution legal staff or Regional Counsel if they
have a question about who owns the legal materials.

        **[(3)   The Warden may give special consideration to the legal
needs of inmates in mental health seclusion status in federal
medical centers or to inmates in controlled housing.**

        **(4)   The Warden at any institution may impose limitations on
an inmate's assistance to another inmate in the interest of
institution security, good order, or discipline.]**

        For reasons of security, inmates in an administrative
institution or unit or in a special housing unit have limited
access to other inmates on those units and no access to general
population inmates. Legal assistance under Section 10 of this
Program Statement remains available for such inmates.

        **[g.   The institution staff shall, upon an inmate's request and
at times scheduled by staff, duplicate legal documents if the
inmate demonstrates that more than one copy must be submitted to
court and that the duplication cannot be accomplished by use of
carbon paper.   The inmate shall bear the cost, and the
duplication shall be done so as not to interfere with regular
institution operations.   Staff may waive the cost if the inmate
is without funds or if the material to be duplicated is minimal,
and the inmate's requests for duplication are not large or
excessive.]**

        To prevent abuses of this provision (e.g., inmate shows a
pattern of depleting his or her commissary funds prior to
requesting duplication of legal documents), the Warden may impose
restrictions on the provisions of this subsection.   In such
cases, staff may request that the inmate complete the appropriate
form for reimbursement (BP-CMS-21/24) for the amount of legal
copies received at government expense.   Commissary staff will

Federal Bureau of Prisons          **DRAFT**          TRUFACS Reference Manual
Trust Fund Branch                                     April 2, 2002
                                                      Chapter 1, Section 1

## Inmate Account Inquiry

The Inmate Account Inquiry function display's inmate account
record information grouped into six basic categories.  The
information is displayed in a read only format and may not be
edited.  The six categories are: *Account Balances, Transaction
History, General Information, Commissary History, Commissary
Restrictions and Comments.*

1.    Select **Deposit Fund, Inmate Accounts, Inmate Account Inquiry**
      from the menu bar. The following screen will appear:

**Account Balances Tab**



2.    Enter the Inmate Register Number or select the binocular
      search feature.  When the register number is entered or the
      inmate is located via the search feature, the Account
      Balances tab will be displayed with all related balance
      information.

      ☼    If an inmate is indigent (30 consecutive days with
           balance less than $6.00), a message will be displayed
           on the screen indicating so.

Date: 06/27/2003
Time: 1:06:37 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: GUA

### General Information

| Inmate Reg #: | 18938069 | Living Quarters: | C03-212U |
| Inmate Name: | GOMEZ, FERNANDO ROSARIO | Arrived From: | |
| Current Site Name: | Guaynabo MDC | Transferred To: | |
| Housing Unit: | 3A | Account Creation Date: | 5/17/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| JUA | 06/12/2003 08:12:36 AM | 7 | | | Sales | ($11.20) | | $11.33 |
| GUA | 06/14/2003 03:15:22 PM | ITS0614 | | | ITS Withdrawal | ($3.00) | | $8.33 |
| GUA | 06/16/2003 01:40:40 PM | 18740 | | 767769 | Local Collections | $70.00 | | $78.33 |
| GUA | 06/19/2003 10:35:19 AM | 58 | | | Sales | ($16.70) | | $61.63 |
| GUA | 06/19/2003 05:32:18 PM | ITS0619 | | | ITS Withdrawal | ($10.00) | | $51.63 |
| | **Total Transactions: 86** | | | | **Totals:** | **($13.65)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | $51.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51.63 |
| **Totals:** | **$51.63** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$51.63** |

Date: 06/27/2003
Time: 1:06:37 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: GUA

**Start Date:** 10/01/2002
**End Date:** 09/30/2003
**Inmate Reg#:** 18938069
**Account Status:** All
**Institution:** All

Inmate Reg#:        18938069
Inmate Name:        GOMEZ, FERNANDO ROSARIO
Current Site Name:  Guaynabo MDC
Housing Unit:       3A

## General Information

Living Quarters: C03-212U
Arrived From:
Transferred To:
Account Creation Date:  5/17/2002

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | 10/03/2002 09:57:36 AM | 32 | | | Sales | ($65.20) | | $0.08 |
| GUA | 10/09/2002 12:30:12 PM | 28 | | | Sales | $0.00 | | $0.08 |
| GUA | 10/09/2002 01:49:48 PM | 840 | | | Local Collections | $200.00 | | $200.08 |
| GUA | 10/10/2002 07:00:23 PM | | | 767604 | ITS Withdrawal | ($10.00) | | $190.08 |
| GUA | 10/16/2002 07:41:53 AM | JV0013 | | | Photo Copies | ($4.60) | | $185.48 |
| GUA | 10/16/2002 07:53:29 AM | JV0013 | | | Photo Copies | ($0.40) | | $185.08 |
| JA | 10/17/2002 09:53:37 AM | 42 | | | Sales | ($86.75) | | $98.33 |
| GUA | 10/23/2002 09:43:53 AM | 46 | | | Sales | ($66.75) | | $31.58 |
| GUA | 10/24/2002 10:46:32 AM | 1971 | | 767615 | Local Collections | $50.00 | | $81.58 |
| GUA | 10/24/2002 06:39:56 PM | ITS1024 | | | ITS Withdrawal | ($10.00) | | $71.58 |
| GUA | 10/30/2002 09:01:38 AM | 22 | | | ITS Withdrawal | ($43.70) | | $27.88 |
| GUA | 11/07/2002 08:06:35 AM | 3 | | | Sales | ($18.10) | | $9.78 |
| GUA | 11/10/2002 05:08:12 PM | ITS1110 | | | ITS Withdrawal | ($4.00) | | $5.78 |
| GUA | 11/12/2002 12:07:44 PM | JV0022 | | | Photo Copies | ($2.50) | | $3.28 |
| GUA | 11/13/2002 01:59:11 PM | 3437 | | 767627 | Local Collections | $200.00 | | $203.28 |
| GUA | 11/14/2002 08:47:46 PM | ITS1114 | | | ITS Withdrawal | ($15.00) | | $188.28 |
| GUA | 11/15/2002 09:36:04 AM | 35 | | | Sales | ($96.50) | | $91.78 |
| GUA | 11/19/2002 02:52:25 PM | 198 | | | Sales | $4.35 | | $96.13 |
| GUA | 11/21/2002 09:21:46 AM | 48 | | | Sales | ($38.05) | | $58.08 |
| GUA | 11/26/2002 10:49:11 AM | 130 | | | Sales | ($27.35) | | $30.73 |
| GUA | 12/04/2002 01:44:05 PM | 5037 | | 767644 | Local Collections | $50.00 | | $80.73 |

Date: 06/27/2003
Time: 1:06:37 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: GUA

| | |
|---|---|
| Inmate Reg#: | 18938069 |
| Inmate Name: | GOMEZ, FERNANDO ROSARIO |
| Current Site Name: | Guaynabo MDC |
| Housing Unit: | 3A |

**General Information**

| | |
|---|---|
| Living Quarters: | C03-212U |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/17/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GUA | 12/04/2002 09:00:37 PM | ITS1204 | | | ITS Withdrawal | ($10.00) | | $70.73 |
| GUA | 12/13/2002 01:54:46 PM | 5825 | | 76752 | Local Collections | $200.00 | | $270.73 |
| GUA | 12/13/2002 07:14:35 PM | ITS1213 | | | ITS Withdrawal | ($20.00) | | $250.73 |
| GUA | 12/17/2002 12:55:16 PM | 54 | | | Sales | ($141.65) | | $109.08 |
| GUA | 12/23/2002 02:29:53 PM | 6647 | | 76758 | Local Collections | $100.00 | | $209.08 |
| GUA | 12/24/2002 12:33:40 PM | 109 | | | Sales | ($51.70) | | $157.38 |
| GUA | 12/24/2002 03:53:39 PM | 178 | | | Sales | $5.10 | | $162.48 |
| GUA | 12/29/2002 07:30:32 PM | ITS1229 | | | ITS Withdrawal | ($20.00) | | $142.48 |
| GUA | 12/31/2002 12:40:35 PM | 12 | | | Sales | ($30.50) | | $111.98 |
| GUA | 01/09/2003 08:34:26 PM | ITS0109 | | | ITS Withdrawal | ($20.00) | | $91.98 |
| GUA | 01/13/2003 10:01:47 AM | 54 | | | Sales | ($91.45) | | $0.53 |
| GUA | 01/15/2003 02:10:43 PM | 8534 | | 76676 | Local Collections | $100.00 | | $100.53 |
| GUA | 01/17/2003 02:00:59 PM | 8763 | | 76679 | Local Collections | $60.00 | | $160.53 |
| GUA | 01/24/2003 10:36:11 AM | 46 | | | Sales | ($92.60) | | $67.93 |
| GUA | 01/24/2003 04:03:00 PM | 67 | | | Sales | $6.00 | | $73.93 |
| JA | 01/27/2003 09:37:56 AM | 55 | | | Sales | ($48.25) | | $25.68 |
| JA | 02/03/2003 01:08:57 PM | 104 | | | Sales | ($16.70) | | $8.98 |
| JUA | 02/07/2003 01:21:28 PM | 10239 | | 767699 | Local Collections | $70.00 | | $78.98 |
| GUA | 02/10/2003 12:08:34 PM | 93 | | | Sales | ($59.95) | | $19.03 |
| GUA | 02/10/2003 08:18:29 PM | ITS0210 | | | ITS Withdrawal | ($6.00) | | $13.03 |
| GUA | 02/14/2003 05:05:40 PM | ITS0214 | | | ITS Withdrawal | ($2.00) | | $11.03 |
| GUA | 02/18/2003 12:43:21 PM | 10812 | | 767702 | Local Collections | $100.00 | | $111.03 |
| GUA | 02/19/2003 07:55:16 PM | ITS0219 | | | ITS Withdrawal | ($11.00) | | $100.03 |
| GUA | 02/21/2003 09:40:25 AM | 14 | | | Sales | ($70.15) | | $29.88 |
| GUA | 02/24/2003 08:39:11 AM | 43 | | | Sales | ($8.50) | | $21.38 |
| GUA | 02/24/2003 10:09:28 AM | 65 | | | Sales | $2.15 | | $23.53 |
| GUA | 02/27/2003 07:54:51 AM | JV0067 | | | Photo Copies | ($5.00) | | $18.53 |
| GUA | 03/03/2003 10:13:03 AM | 53 | | | Sales | ($7.45) | | $11.08 |
| GUA | 03/04/2003 06:50:03 PM | ITS0304 | | | ITS Withdrawal | ($2.00) | | $9.08 |
| GUA | 03/10/2003 03:05:17 PM | 176 | | | Sales | ($7.65) | | $1.43 |

Date: 06/27/2003
Time: 1:06:37 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: GUA

| | | |
|---|---|---|
| Inmate Reg#: | 18938069 | |
| Inmate Name: | GOMEZ, FERNANDO ROSARIO | |
| Current Site Name: | Guaynabo MDC | |
| Housing Unit: | 3A | |

**General Information**

| | |
|---|---|
| Living Quarters: | C03-212U |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/17/2002 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| JUA | 03/12/2003 01:21:41 PM | 12609 | | 767721 | Local Collections | $100.00 | | $101.43 |
| GUA | 03/25/2003 09:36:44 AM | ITS0315 | | | ITS Withdrawal | ($5.00) | | $96.43 |
| GUA | 03/18/2003 02:25:46 PM | 170 | | | Sales | ($96.40) | | $0.03 |
| GUA | 04/02/2003 02:04:00 PM | 13967 | | 767737 | Local Collections | $100.00 | | $100.03 |
| GUA | 04/02/2003 08:57:52 PM | ITS0402 | | | ITS Withdrawal | ($10.00) | | $90.03 |
| GUA | 04/04/2003 09:21:51 AM | 11 | | | Sales | ($89.85) | | $0.18 |
| GUA | 04/04/2003 02:16:59 PM | 14167 | | 767739 | Local Collections | $300.00 | | $300.18 |
| GUA | 04/11/2003 08:18:27 AM | 4 | | | Sales | ($116.05) | | $184.13 |
| GUA | 04/11/2003 08:47:28 PM | ITS0411 | | | ITS Withdrawal | ($14.00) | | $170.13 |
| GUA | 04/17/2003 09:53:55 AM | 101 | | | Sales | ($13.20) | | $156.93 |
| GUA | 04/23/2003 12:08:04 PM | 15303 | | 767746 | Local Collections | $100.00 | | $256.93 |
| GUA | 04/23/2003 05:27:28 PM | ITS0423 | | | ITS Withdrawal | ($6.00) | | $250.93 |
| GUA | 04/24/2003 08:53:42 AM | 41 | | | Sales | ($4.40) | | $246.53 |
| GUA | 05/02/2003 08:08:05 AM | JV0098 | | | Photo Copies | ($1.10) | | $245.43 |
| GUA | 05/02/2003 08:09:39 AM | JV0098 | | | Photo Copies | ($1.10) | | $244.33 |
| UA | 05/03/2003 11:40:36 AM | ITS0503 | | | ITS Withdrawal | ($10.00) | | $234.33 |
| GUA | 05/08/2003 09:16:46 AM | 22 | | | Sales | ($97.65) | | $136.68 |
| GUA | 05/08/2003 12:43:32 PM | 72 | | | Sales | $2.00 | | $138.68 |
| GUA | 05/15/2003 10:53:59 AM | 88 | | | Sales | ($83.35) | | $55.33 |
| GUA | 05/15/2003 12:54:57 PM | 90 | | | Sales | $0.00 | | $55.33 |
| GUA | 05/15/2003 01:56:18 PM | 16623 | | 767760 | Local Collections | $100.00 | | $155.33 |
| GUA | 05/17/2003 07:43:55 PM | ITS0517 | | | ITS Withdrawal | ($10.00) | | $145.33 |
| GUA | 05/22/2003 01:30:07 PM | 84 | | | Sales | ($11.10) | | $134.23 |
| GUA | 05/28/2003 08:17:40 PM | ITS0528 | | | ITS Withdrawal | ($10.00) | | $124.23 |
| GUA | 05/29/2003 08:21:03 AM | 23 | | | Sales | ($34.20) | | $90.03 |
| GUA | 06/05/2003 09:02:50 AM | 49 | | | Sales | ($55.80) | | $34.23 |
| GUA | 06/06/2003 05:18:45 PM | ITS0606 | | | ITS Withdrawal | ($4.00) | | $30.23 |
| GUA | 06/09/2003 08:06:05 AM | JV0111 | | | Photo Copies | ($3.10) | | $27.13 |
| GUA | 06/09/2003 08:06:33 AM | JV0111 | | | Photo Copies | ($1.80) | | $25.33 |
| GUA | 06/09/2003 08:10:24 AM | JV0111 | | | Photo Copies | ($2.80) | | $22.53 |

Date: 06/27/2003
Time: 1:07:31 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: GUA

**Criteria**: Income Transactions

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/2003 01:40:40 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $70.00 | 18740 | 767769 | | $78.33 |
| 05/15/2003 :56:18 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 16623 | 767760 | | $155.33 |
| 04/23/2003 12:08:04 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 15303 | 767746 | | $256.93 |
| 04/04/2003 02:16:59 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $300.00 | 14167 | 767739 | | $300.18 |
| 04/02/2003 02:04:00 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 13967 | 767737 | | $100.03 |
| 03/12/2003 01:21:41 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 12609 | 767721 | | $101.43 |
| 02/18/2003 12:43:21 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 10812 | 767702 | | $111.03 |
| 02/07/2003 01:21:28 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $70.00 | 10239 | 767699 | | $78.98 |
| 01/17/2003 02:00:59 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $60.00 | 8763 | 767679 | | $160.53 |
| 01/15/2003 :10:43 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 8534 | 767676 | | $100.53 |
| 12/23/2002 02:29:53 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $100.00 | 6647 | 767658 | | $209.08 |
| 12/13/2002 01:54:46 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $200.00 | 5825 | 767652 | | $270.73 |
| 12/04/2002 01:44:05 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $50.00 | 5037 | 767644 | | $80.73 |
| 11/13/2002 01:59:11 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $200.00 | 3437 | 767627 | | $203.28 |
| 10/24/2002 10:46:32 AM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $50.00 | 1971 | 767615 | | $81.58 |
| 10/09/2002 01:49:48 PM | 18938069 | GOMEZ, FERNANDO | GUA | GUA1483 | Local Collections | $200.00 | 840 | 767604 | | $200.08 |

```
                 INMATE
               STATEMENT

E. BLANCARD                              DATE: 06/04/03
WARDEN OFFICIAL COPY                     PAGE No. 01


                              Account # 18958065

BURET, FERNANDO ALBERTO
      2.05


  BEGINNING    AVAILABLE   ENCUMBRANCE   OUTSTANDING    SPECIAL       ACCOUNT
                BALANCE      BALANCE       BALANCE      BALANCE       BALANCE
                  23.13         .00          .00          .00          23.13
RECEIPT  TIME     DATE     TRANSACTION DESCRIPTION      | AMOUNT |
T00152  10:23   10-02-01  MONEY ORDER                      50.00       73.13
000070  13:07   10-04-01  SALE / REGULAR                   39.45-      33.68
628019  13:31   10-07-01  DEPOSIT ITS FUNDS                13.00-      20.68
000040  10:02   10-10-01  SALE / REGULAR                   20.55-        .13
101030   9:25   10-12-01  MONEY ORDER                     200.00      200.13
334DB6  16:48   10-14-01  DEPOSIT ITS FUNDS                20.00-     180.13
PF0034  11:56   10-16-01  COMMISSARY FORM                   5.00-     175.13
000024  10:23   10-22-01  SALE / REGULAR                   55.65-     119.48
000093  12:22   10-25-01  SALE / REGULAR                   43.15-     162.63
000118  13:04   10-25-01  SALE / REGULAR                   33.10-     129.53
000082   9:46   11-01-01  SALE / REGULAR                   57.15-      72.38
34E0BB  18:01   11-05-01  DEPOSIT ITS FUNDS                22.00-      50.38
COPIES  10:00   11-07-01  COMMISSARY FORM                    .90-      49.48
COPIES  16:01   11-07-01  COMMISSARY FORM                   7.00-      42.48
000041   9:35   11-08-01  SALE / REGULAR                   42.20-        .28
063562   9:52   11-15-01  MONEY ORDER                     200.00      200.28
620034  11:56   11-21-01  SALE / REGULAR                   82.70-     117.58
PF0104   8:19   11-23-01  COMMISSARY FORM                   5.00-     112.58
000021  13:03   11-28-01  SALE / REGULAR                   45.65-      66.93
370936  17:43   12-02-01  DEPOSIT ITS FUNDS                16.00-      50.93
704917   9:31   12-04-01  MONEY ORDER                      30.00       80.93
000047  12:31   12-05-01  SALE / REGULAR                   33.85-      47.68
000011   9:21   12-17-01  SALE / REGULAR                   44.60-       3.08
706482  12:51   12-19-01  MONEY ORDER                      10.00       13.08
29AEC5  19:47   01-01-02  DEPOSIT ITS FUNDS                 4.00-       9.08
507534   9:41   01-02-02  MONEY ORDER                     200.00      209.08
39E2FF  18:43   01-03-02  DEPOSIT ITS FUNDS                39.00-     170.08
000005   8:41   01-04-02  SALE / REGULAR                   76.20-      93.88
000047  12:00   01-04-02  SALE / REGULAR                    5.00-      88.88
000038   9:30   01-08-02  SALE / REGULAR                   81.45-       7.43
A00081  13:17   01-08-02  SALE / REGULAR                   64.95       72.38
000011   8:41   01-15-02  SALE / REGULAR                   36.20-      36.18
000015   9:00   01-22-02  SALE / REGULAR                   36.05-        .13
709949  10:36   02-05-02  MONEY ORDER                      40.00       40.13
T10230  11:42   02-07-02  MONEY ORDER                     200.00      240.13
000034   9:28   02-12-02  SALE / REGULAR                   74.20-     165.93
000074  10:17   02-19-02  SALE / REGULAR                   57.60-     108.33
000030  12:36   02-19-02  SALE / REGULAR                   23.40-      84.93
000057   9:13   02-26-02  SALE / REGULAR                   17.00-      67.93
000057   9:04   03-05-02  SALE / REGULAR                   42.10-      25.83
C12481  11:20   03-08-02  MONEY ORDER                     200.00      225.83
```

```
               ....  ..
             STATEMENT

  GUAYNABO                         DATE 06/30/03
  ...... OFF.....  ...            PAGE No. 02
```

                                    Account # 18938069

        GOMEZ, FERNANDO ROSARIO
        ...

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 300051 | 9:29 | 03-12-02 | SALE / REGULAR | 11.50- | 214.33 |
| FDC38 | 19:07 | 03-14-02 | DEPOSIT ITS FUNDS | 14.00- | 200.33 |
| 300036 | 9:40 | 03-19-02 | SALE / REGULAR | 44.30- | 156.03 |
| OPIES | 7:39 | 03-22-02 | COMMISSARY FORM | 11.60- | 144.43 |
| 300030 | 10:20 | 04-02-02 | SALE / REGULAR | 56.10- | 88.33 |
| 300045 | 9:14 | 04-03-02 | SALE / REGULAR | 50.15- | 38.18 |
| RETCHK | 10:42 | 04-10-02 | CASH | 5.00 | 43.18 |
| 4243D8 | 18:14 | 04-10-02 | DEPOSIT ITS FUNDS | 15.00- | 28.18 |
| 300047 | 9:51 | 04-16-02 | SALE / REGULAR | 27.60- | .58 |
| 15903 | 11:47 | 04-23-02 | MONEY ORDER | 100.00 | 100.58 |
| OPIES | 10:14 | 04-25-02 | COMMISSARY FORM | 1.70- | 98.88 |
| 300020 | 9:12 | 04-30-02 | SALE / REGULAR | 69.95- | 28.93 |
| 17117 | 12:46 | 05-06-02 | MONEY ORDER | 100.00 | 128.93 |
| 300005 | 8:30 | 05-14-02 | SALE / REGULAR | 9.50- | 119.43 |
| 17796 | 10:42 | 05-15-02 | MONEY ORDER | 60.00 | 179.43 |
| 455FE8 | 18:16 | 05-16-02 | DEPOSIT ITS FUNDS | 20.00- | 159.43 |
| 300031 | 9:32 | 05-22-02 | SALE / REGULAR | 121.25- | 38.18 |
| 300086 | 13:05 | 05-22-02 | SALE / REGULAR | .30 | 38.48 |
| 15525 | 10:33 | 05-28-02 | DOMESTIC CHECK | 68.90 | 107.38 |
| 300040 | 9:09 | 05-29-02 | SALE / REGULAR | 38.45- | 68.93 |
| 18949 | 11:49 | 06-03-02 | MONEY ORDER | 50.00 | 118.93 |
| 300015 | 8:33 | 06-05-02 | SALE / REGULAR | 50.00- | 68.93 |
| 19927 | 11:47 | 06-13-02 | MONEY ORDER | 100.00 | 168.93 |
| 47D715 | 18:01 | 06-13-02 | DEPOSIT ITS FUNDS | 20.00- | 148.93 |
| 20279 | 11:31 | 06-17-02 | MONEY ORDER | 100.00 | 248.93 |
| 20280 | 11:32 | 06-17-02 | MONEY ORDER | 100.00 | 348.93 |
| 20283 | 13:42 | 06-17-02 | MONEY ORDER | 100.00- | 248.93 |
| 300009 | 13:01 | 06-19-02 | SALE / REGULAR | 83.35- | 165.58 |
| 300170 | 14:27 | 06-19-02 | SALE / REGULAR | 16.00- | 149.58 |
| 300033 | 10:29 | 07-01-02 | SALE / REGULAR | 121.20- | 28.38 |
| 300039 | 9:56 | 07-02-02 | SALE / REGULAR | 5.65- | 22.73 |
| DISC | 11:09 | 07-02-02 | ENC. / DISCIPLINE | 40.75- | 22.73 |
| 23385 | 11:35 | 07-12-02 | MONEY ORDER | 200.00 | 222.73 |
| 300092 | 13:27 | 07-16-02 | SALE / REGULAR | 96.65- | 126.08 |
| AFE36 | 20:59 | 07-20-02 | DEPOSIT ITS FUNDS | 10.00- | 116.08 |
| 300107 | 10:22 | 07-22-02 | SALE / REGULAR | 14.90- | 101.18 |
| 23786 | 11:21 | 08-02-02 | MONEY ORDER | 200.00 | 301.18 |
| 300063 | 10:19 | 08-05-02 | SALE / REGULAR | 114.35- | 186.83 |
| DISC | 13:53 | 08-09-02 | ENC. / DISCIPLINE | 40.75 | 186.83 |
| ORD | 13:54 | 08-09-02 | COMMISSARY FORM | 40.75- | 146.08 |
| 300056 | 10:40 | 08-12-02 | SALE / REGULAR | 44.25- | 101.83 |
| D1E18 | 20:08 | 08-15-02 | DEPOSIT ITS FUNDS | 20.00- | 81.83 |
| F0636 | 8:22 | 08-16-02 | COMMISSARY FORM | 1.30- | 80.53 |
| F0636 | 8:23 | 08-16-02 | COMMISSARY FORM | .60- | 79.93 |

AUDIT
STATEMENT

GUAYNABO                                      DATE 06/30/03
LIMITED OFFICIAL USE                          PAGE No. 03

Account # 10938069

GOMEZ, FERNANDO ROSARIO
812

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---------|------|------|-------------------------|--------|---------|
| F0636 | 8:24 | 08-16-02 | COMMISSARY FORM | .50- | 79.43 |
| F0636 | 8:24 | 08-16-02 | COMMISSARY FORM | 1.50- | 77.93 |
| F0636 | 8:24 | 08-16-02 | COMMISSARY FORM | 1.10- | 76.83 |

**** TRANSACTION TOTAL ****        53.70

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|--------|-------------------|---------------------|---------------------|-----------------|-----------------|

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
*****************************
United States                    *
                    Plaintiff    *
                                 *
v.                               *          CRIM NO. 00-108 (DRD)
                                 *
Fernando Gomez                   *
                                 *
                    Defendant    *
*****************************
```

## DECLARATION OF MARILYN CASTRO

In accordance with the provisions of 28 U.S.C. Section 1746, I, Marilyn Castro, do hereby make the following declaration, under penalty of perjury, pertinent to the above-styled action.

1.  I am presently employed by the Federal Bureau of Prisons as an Education Technician for the Metropolitan Detention Center (MDC) Guaynabo, Puerto Rico. I have had this position since December 3, 2000.

2.  I wrote an incident report on inmate Fernando Gomez, Register Number 18938-069, for possession of unauthorized law library materials. One of the materials was a book that was damaged and altered by inmate Gomez. He removed the law library stamp and the hard cover, and wrote his name and register number on the book alleging it was his. The book belonged to MDC Guaynabo, and the inmate was sanctioned for destroying government property.

3.  On various occasions, I reprimanded inmate Gomez for loitering the classroom next to the library, and speaking to other inmates instead of concentrating on his legal work.

I declare under penalty of perjury that the above statement is true and correct.

Executed this _18_ day of _July_, 2003.

Marilyn Castro
Education Technician