# DISCIPLINE HEARING OFFICER REPORT
## U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

BP-S308.052 MAY 94

| INSTITUTION | MDC GUAYNABO | INCIDENT REPORT NUMBER | | 990301 |
|---|---|---|---|---|
| INMATE NAME | Gomez, Fernando | REG NO | 18938-069 | UNIT | BB |

| DATE OF INCIDENT | 05-03-2002 | DATE OF INCIDENT REPORT | 05-07-2002 |
|---|---|---|---|

| OFFENSE CODE(S) | 305 and 329 |
|---|---|

| SUMMARY OF CHARGES | Possession of anything not authorized and Destroying government property valued in less than $100 |
|---|---|

## I. NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on

(date) 05-08-2002 at (time) 1220 (by staff member) Lt. W. Rodriguez

B. The DHO Hearing was held on (date) 06-03-2002 at (time) 1435

C. The inmate was advised of his/her rights before the DHO by (staff member):

Sergio Rivera, Counselor on (date) 05-13-2002 and a copy

of the advisement of rights form is attached.

## II. STAFF REPRESENTATIVE

| A. Inmate waived right to staff representative. | Yes: | X | No: | |
|---|---|---|---|---|

Inmate requested staff representative and   N/A   appeared.

C. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:   N/A

| D. Staff representative | N/A | was appointed. |
|---|---|---|

## III. PRESENTATION OF EVIDENCE

| A. Inmate admits | | denies | X | the charge(s). |
|---|---|---|---|---|

B. Summary of inmate statement:

Inmate Fernando Gomez stated he was granted an extension from the Education Department to have the books. Inmate Gomez added the damaged book is his, that it was mailed to him by his family, he does not remember exactly when.

C. Witness(es):

| 1. The inmate requested witness(es). | Yes: | | No: | X |
|---|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.)

N/A

3. The following persons requested were not called for the reason(s) given.

N/A

| 4. Unavailable witnesses were requested to submit written | Yes | | No | | N/A | X |
|---|---|---|---|---|---|---|

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:

The damaged book (United States Code Annotated Constitution Amendment 5) was brought to the hearing as evidence. The book's cover was removed, inmate's Fernando Gomez name and number were visible on the sides of the book. There were marks on the sides of the book consistent in size and shape with the "Law Library" stamp used by the Education Department. The "Law Library" stamp had been altered by peeling off the black ink. On the book's first page (top, right side) the letters "MLC" were written, meaning "Mobile Law Cart". Two separate pages inside the book showed the "Law Library" stamp.

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:

N/A

## IV. FINDINGS OF THE DHO

A. The act was committed as charged.

| B. The following act was committed: | 329 |
|---|---|

C. No prohibited act was committed: Expunge according to Inmate Discipline PS.

## V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)

Your inmate's due process rights were reviewed and read to you by the DHO. The DHO confirmed that you did not want a staff representative and did not want to call witnesses. You understood your due process rights and were ready to proceed with the DHO hearing.

The DHO finds that at approximately 3:00 P.M., on May 7, 2002, an inventory of your belongings showed you had altered and damaged government property valued in less than $100. This is based on the reporting officer's account that on May 3rd, 2002, she was informed you were in the Special Housing Unit. The reporting officer called the Unit BB OIC and asked him to review your property for law library materials (photocopies and Program Statements) that you owed them (Education Dept.); to set aside any materials identified with the Law Library stamp for her review. When the reporting officer arrived to her office on May 7, 2002, at approximately 1:00 P.M., she found a bag full of legal materials with a note from Officer Massanet (BB OIC) advising the bag belonged to you. When the reporting officer reviewed the bag, she found not only some of the materials you owed, but also 4 volumes of law books that you were not authorized to have, including the United States Code Annotated Constitution Amendment 5. This book had been damaged and altered by removing the Law Library stamp and writing your name and register number. Also, the hard cover had been removed. This book has a value of $40.75.

You denied the charges to the DHO stating you were granted an extension from the Education Department to have the books. You added the damaged book is yours, that it was mailed to you by your family, you do not remember exactly when. The DHO asked if you could provide evidence to show the book was yours. You indicated, probably not, that your family sent it long ago and probably they don't have receipts. You insinuated during the hearing the "Law Library" stamps were put on your book by the Education Department staff to incriminate you.

The DHO decided to give greater weight to the reporting officer's account of the incident and to the evidence at hand. You altered and damaged the book United States Code Annotated Constitution Amendment 5 by: 1) removing the hard cover; 2) removing the Law Library stamp placed on the sides of the book, and; 3) writing you own name and register number. You removed the "Law Library" stamp by peeling off the black ink. Your attempt to obliterate the stamp left a mark identical in size and shape to the "Law Library" stamp used by the Education Department to identify the law library books. Also, staff had conspicuously placed the "Law Library" stamp inside two separate pages of the book further proving the book does not belong to you. This book belongs to the mobile library cart as evidenced by the letters "MLC" on the first page. You implied wrong doing from the Education Department staff in order to incriminate you. Be reminded that as a professional, the reporting officer is legally and morally obligated to provide truthful statements.

Based of the greater weight of the evidence, the DHO finds that you violated code 329, Destroying or damaging property valued in less than $100. The DHO expunged the charge of Code 305, Possession of anything not authorized.

| VI. SANCTION OR ACTION TAKEN |
| --- |

Monetary Restitution: $40.75

**VII. REASON FOR SANCTION OR ACTION TAKEN**

estroying or damaging government shows disregard for the rules and regulations of the institution. The sanction of monetary restitution for $40.75 is imposed to show you that inmates will be held accountable for destroyed or damaged government property.

**VIII. APPEAL RIGHTS:** The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| | Yes | X | No | |
|---|---|---|---|---|

**IX. DISCIPLINE HEARING OFFICER**

| Printed Name | Signature | Date |
|---|---|---|
| MIGDALIA TORRES, DHO | | 06/11/02 |
| DELIVERED TO INMATE | DATE 6/13/02 | TIME 11:00an |

(This form may be replicated in WP)                    Replaces BP-304(52) of JAN 88







FERNANDO GOMEZ



FERNANDO F____

## EXPLANATION

| | |
|---|---|
| Opinions Attorney General | Op. Att'y Gen. |
| Decisions Comptroller General | Comp. Gen. |
| United States Merit Systems Protection Board Reporter | M.S.P.R. |
| United States Claims Court | Cl.Ct. |
| Court of Claims | Ct.Cl. |
| Court of Customs and Patent Appeals | C.C.P.A. |
| Court of International Trade | Cust.Ct. |
| Customs Court | T.C. |
| United States Tax Court | B.T.A. |
| Board of Tax Appeals | M.J. |
| Military Justice Reporter | B.R. |
| Bankruptcy Reporter | C.C.D. |
| Claims Court Reporter | Am.Bankr.Rep. |
| American Bankruptcy Reports | New Am.Bankr.Rep. N.S. |
| Series | |
| ___ber Standard Reports | |

### Index to Constitution

A complete alphabetical index to the text of the entire Cons___
___ and Amendments is set out in the volume containing the ___
___ Constitution to assist subscribers in quickly locating par___ ___
___ ___ ___ in which they are interested.

THE PUBLISHER

August 1957









EXPLANATION

| | |
|---|---|
| Opinions Attorney General | Op.Att.Gen. |
| Decided Comptroller General | Comp.Gen. |
| United States Merit Systems Protection | |
| Board Reporter | M.S.P.R. |
| United States Claims Court | Cl.Ct. |
| Court of Claims | Cl.Ct. |
| Court of Customs and Patent Appeals | C.C.P.A. |
| Court of International Trade | C.I.T. |
| Court Court | Cust.Ct. |
| Customs Court | T.C. |
| United States Tax Court | B.T.A. |
| Board of Tax Appeals | M.J. |
| Military Justice Reporter | B.R. |
| Bankruptcy Reporter | Cl.Ct. |
| Claims Court Reporter | Am.Bankr.Rep. |
| American Bankruptcy Reports, New | |
| American Bankruptcy Reports. New | |
| Series | |
| Other Standard Reports | |

Index to Constitution

A complete alphabetical index to the text of the entire Constitution and Amendments is set out in the volume containing the end of the Constitution to assist subscribers in quickly locating particular subjects in which they are interested.

THE PUBLISHERS

August, 1987

LAW LIBRARY



# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Comas<br>N : Paid 510 copies | 18938-069 | Personal Copies (510) | 6-20-03 | [signature] | | | |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Unit ___ 3A

510

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit ___3A___

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Orta Rivadd Gomez | 18938-069 | 299F-3d 113c Rt Prado 4-11-03 | | | | | |
| Not Paid | 18938-069 | 442 | | | | | |
| Fernando Gomez | 18938-069 | 142 LED-2d 321 (1) | 6-11-03 | X | | | |
| Not Paid | | 189F-3d 1343 (1) | | | | | |
| | | 99F-3d 52 (3) | | | | | |
| Fernando Gomez | 18938-069 | 910F-2d 28 (2) | 6-12-03 | X | | | |
| | | 756F-2d 206 (3) | | | | | |
| | | 104F-3d 250 (1) | | | | | |
| | | 4LED-2d 669 (6) | | | | | |
| | | 589F-2d 89 (3) | | | | | |
| Four Days | | 3LED-2d 729 (4) | | | | | |
| | | 418USCA-3161-3980 | | | | | |

50

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Gomez | 18938-069 | 99 L.Ed.2d. 23 (6) 5 | 6/2/03 | X Fernando Gomez | | | |
| | | 191 L.Ed.2d. 605 (4) | 6/2/03 | X Fernando Gomez | | | |
| | | 107 Ed.2d 708 (2) | | | | | |
| | | 83 L.Ed.2d. 461 (3) | | | | | |
| | | 84 L.Ed.2d 574 (2) | | | | | |
| | | 901 F2d 76 | | | | | |
| | | 956 F2d 960 | | | | | |
| Fernando Gomez | 18938-069 USCA 28 145200 | | 6/4/03 | X | | | |
| | | 811 F.2d 818 (span) | | | | | |
| | | 874F2d 441 (2) | | | | | |
| | | 801 F.2d 833 (4) | | | | | |
| | | 987 F.2d 622 (2) | | | | 6/24/03 | |
| Fernando Gomez | 18938-069 USCA18 115 L.Ed.2d .057 (2) | | 6/4/03 | X Fernando Gomez | 6/24/03 | | |
| | | 2161 to 3480 (1) | | | | | |

Unit   3A

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| | | P.S. 540.24 | | | | | |
| | 2817 | P.S. 555.07 P.S. | | | | 8/3/05 | |
| | | MERA AND | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ramon Abbott | 22690-069 | CYLED-2d 333 | 6/3/03 | Monelson Abbott | | 6/3/03 | |
| | | 168LED2d398 | | | | | |
| | | 146LED2d389 | | | | | |
| Hernando Gomez | 18998-069 | 08USCA 1-500 | 8/20/03 | | | 8/3/3 | |
| Oscar Adorno | | 18USCA 316-848 | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Gomez | 18938-069 | 30 L 61 2d 468 (5 copies) | 5/19/03 | | | | |
| | | 52 Led 2d 752 (4 copies) | | | | | |
| | | 19 F. 3d 861 (3 copies) | | | | | |
| | | 93 F. 2d 757 (2 c) | | | | | |
| | | 149 Led. 2d 968 | | | | | |
| Fernando Gomez | 18938-069 | 17 F. 3d 286 (2) | 5/30/03 | | | | |
| | | 250 F. 2d 409 (3) | '' | | | | |
| | | 222 F. 3d 363 (4) | '' | | | | |
| | | 25 F. 3d 284 (5) | '' | | | | |
| | | 239 F. 3d 1031 (4) | '' | | | | |
| | | 234 F. 3d 780 (3) | '' | | | | |
| | | 100 L 68 2d 855 (6) | '' | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Oscar O Cruz | 23339-069 | Fed Prison Handbook | 9-22-03 | ✗ | | | |
| Jose Ortiz Alicia | 04616-74 | "Removed copies" | 4/29/03 | | | 5/1/03 | |
| Leonardo Llomas | 18938-069 | 282 F. 3d 1 (1) | 5-2-03 | | | | |
| | | 85 F. 3d 743 (3) | | | | | |
| | | 943 F. 2d 100V1 (3) | | | | | |
| | | 756 F. 2d 206 (3) | | | | | |
| | | 70 F. 3d 107 (1) | | | | | |
| | | 200 F. 2d 489 (2) | | | | | |
| | | 554 F. 2d 493 (2) | | | | | |
| | | 23 F. 3d 1 (2) | | | | | |
| | | 605 F. 2d 12(4) | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit 3A

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Gomez | 18935-069 | F. fil. Amm. USA (x26v9) | 3/12/03 | *Fernando Gomez* | *signature* 3/05/03 | *signature* | |
| | | 53 F. 3d 312 (2) | 03-17-03 | | 3/26/03 | | |
| Xavier Perez | 23277-069 | 10 V F. 3d 790 (2) | | | " | | |
| | | 53 F. 3d 1216 (2) | | | " | | |
| | | 53 F. 3d 1198 (2) | | | " | | |
| | | 162 F. 3d 456 (1) | | | " | | |
| | | 226 F. 3d 885 (1) | | | " | | |
| | | 23) F. 3d 257 (3) | | | " | | |
| | | 2,13 F. 3d 23 (4) | | | " | | |
| | | 244 F. 3d 263 (3) | | | " | | |
| | | 982 F. 3d 957 (2) | | | " | | |
| | | 100 F. 3d 1378 (1) | | | 3/26/03 | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit __3A__

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Don Richards | 00684-074 | Criminal Cases (154) | 02-25-03 | | | | |
| Juan Ruiz | 22929-069 | Criminal Appeals (1009) | 02-27-03 | | | | |
| Fernando Gomez | 18938-069 | 314 Fed 98 | 3-4-03 | | | | |
| | | 667 Fed 72 | | | | | |
| | | 980 Fed 1143 | | | | | |
| | | 987 Fed 1587 | | | | | |
| | | 310 Fed 249 | | | | | |
| | | 374 Fed 192 | | | | | |
| Don A. Richards | 00684-074 | Legal Cases (222) | 02-26-03 | | | | |
| Don A. Richards | 00684-074 | Legal Cases (36) | 02-5-03 | | | 3/25/03 | MC |
| Fernando Gomez | 18938-069 | Modern Criminal Procedure 3-11-03 (2 days) | | | | | |

(3A)

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Don Richards | 00624-094 | 123 F.3d 472 (4) | 02-19-03 | Don M Richards | | 3-11-2003 | |
| | | 144 F.3d 1148 (1) | | | | | |
| | | 157 F.3d 541 (4) | | | | | |
| | | 162 F.3d 792 (3) | | | | | |
| | | 92 F-Supp.2d 562 (1) | | | | | |
| | | 52 F.3d 429 (3) | | | | | |
| | | 133 LED2d 141 (1) | | | | | |
| | | 63 F.3d 507 (4) | | | | | |
| | | 133 LED 2d 665 (1) | | | | | |
| | | 41 F.3d 68 (2) | | | | | |
| Eugenio Roca | 20399-069 | BOP Instator Tab (14) 02-19-03 | | | 4/6 | 3-11-2003 | |
| Fernando Torres | 84938-069 | 21 USCA 841 to 847 849b Rue. | 02/19/03 | | | | |

**Unit** 3A

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Rey el Rodriguez | 67909-009 | Fed Crim C & C rules | 02-06-04 | X Rafael Rodriguez | JNG | 02-24-03 | |
| | | SC Guidle Man. | | | | | |
| for 2 Days! | | US Sentences | | | | | |
| | | Guidel-b-2 Manual | 02-06-03 | Rafael Rodriguez | ML | | |
| Richarda | 00694-094 | Personnel Seiro | 02-12-03 | A.L Richards | RC | 02-24-03 | |
| Armando Elena | 18938-069 | 18 USCA 1-330 | 2/3/03 | Armando Lena | ML | 2/4/03 | ML |
| for 2 days | | | | | | | |
| for Richards | 00694-094 | P.S. 5270.07 (14) | 02-18-03 | | | | |
| Calcio Latino Paulino | 02-207-069 | 8 089-063 U.S.C. A. 18 To End | 2/04/03 02-17-03 | *D C L C A P | | 2-27-03 | |
| for 2 days | | chapter 1 | | | | | |
| 101 2 days | | | | | | | |

Unit __3A__

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit ___ 2 C

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Gonz | 10-958-065 | 623 Fed 136C | 8-22-02 | | | | |
| | | 877 Fed 1033 | | | | | |
| | Raich | 8 89 Fed 371 | | | | | |
| Francisco Batista | 17902-069 | 191 F.3d 865 | 8-25-02 | | | | |
| | | 214 Fed 248 | | | | | |
| | | 231 F.3d 120 | | | | | |
| Patricia Chemij | 22915-069 | 15 Led 2d 447 | 8-23-02 | | | | |
| | | Federal Rules of Civ. (copies) | | | | | |
| Jose Carlos Tapia | 25057-069 | Federal Criminal Code (2 Days) | 8-23-02 | | | 8/24/02 | |
| Troy Harrison | 05368-094 | Personal Copies | 8-23-02 | | | | |
| Isasel Ortiz | 06392-094 | Personal Copies | 8-23-02 | | | | |
| Jose Lopez | 22257-069 | Actu Norms 1 Code | 8-23-02 | | | W/G | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Carlos Bellini | 21290-112 | American Jurisp 2 drg 68 | 10/11/02 | | 10/17/01 | | |
| William Vargas | 23114-069 | Prisons | 10/11/02 | William Vargas | N/C | | |
| Eddie S. Reb.Nebel | 28059-069 | USCA 5 Amendment 5 Am. | 10-24-02 | | 6/3/03 | | |
| | | Supp. Pamphlet 2002 | 10-26-02 | | | | |
| (3 Days) | | USCA 6 Amendment | | | | | |
| | | Supp Pamphlet 6 Am. 2002 | | | | | |
| | | Black's law | | | | | |
| | | Dictionary | | | | | |
| Steve Elliott (2 Days) | 06612-094 | B.C. Prisoners Rights | 10-16-02 | Steve Elliott III | | | |
| Jeannice Gomez | 18098-069 | 633 F2d 314 | 10-16-02 | Jeannie Gomez | | | |
| Gary Harvey | 06573-094 | 657 F2d 868 | 10-16-02 | Steve Elliott | | | |
| | | 599 F2d 243 | | | | | |
| | | 789 Fsupp 1276 | | | | | |
| | | 597 F2d 4 | | | | | |
| | | 523 F2d 801 | | | | | |

Unit 2 C

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Pena | 18-998-069 | Legal Utopia (94) | 3/30/01 | [signature] | Paul | | |
| Fernando Pena | 18-998-069 | 141 ... 111 (1) | 4/3/01 | [signature] | | | |
| | | 77 ... 201 (1) | " | | | | |
| | | 133 ... 4722 (1) | " | | | | |
| | | 82 F 3d 1148 (4) | " | | | | |
| | | 111 F 3d 1 (2) | " | | | | |
| | | 123 ... 2898 (10) | " | | | | |
| Maximiliano Amparo | 14-353-013 | Prisoners Assistance Directory | 4/5/01 | X No Number | | 4/10/01 | |
| 2 days | | | | | | | |
| Maximiliano Gordon | 14-353-013 | | 4/8/01 | | | | |

Unit ___ 2B

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Omar Prado | 20436-054 | southeast region | 8-8-02 | *(signature)* | | | |
| Carlos M. Col... | 22210060 | 61 F3d 98 8th Dsper. | 8-13-02 | | | | |
| Jaime LaGerra | 18933-055 | 68 F.3rd 21D | 8-15-02 | *(signature)* | | | |
| | | 40 Oct 49 | | | | | |
| | | 17 Oct 195 | | | | | |
| *(signature) David* | | 144 F.3d 145 | | | | | |
| | | 107 F3d 1446 | | | | | |
| | | 166 F3d 13CC | | | | | |
| Jose Gutierrez | 25052-069 | Prison Law | 8/14/02 | *(signature)* | | | |
| Vitin Colon | 23074-069 | Good time Law | 8/14/02 | *(signatures)* | | | |
| Collin Thomas | 04899-000 | Appeals 1948 and 8-14-02 | | *(signature)* | olle | | |

Unit 2C

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit __2 C__

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Collin Thomas | 08649-074 | CRA Amend 147 and | 8-14-02 | | | 8/20/02 | |
| (Lopez) | | CRA Amend 14 Supp. | | | | 8/20/02 | |
| | | CRA Amend 14 Refr. | | | | 8/20/02 | |
| | | CRA Amend 7 to 19 (Book) | | | | 8/20/02 | |
| Marcus Channs | 22975-069 | Fedelder Evidence | 8-14-02 | x | | 8/20/02 | |
| | | CRA Amend. Supp. 6 | | | | | |
| | | USCA Const. Amend. 6 2001 | | | | | |
| | | Federal Civil Procedure | | | | | |
| Fernando Gomez | 11838-069 | 84 F3d 740 | 8-16-02 | x | | | |
| | | 634 F3d 306 | | | | | |
| | | 29 F3d 4 | | | | | |
| | | 889 F2d 391 | | | | | |
| | | 19 F3d 1190 | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit 2 C

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Frederico Mirecki | 22474-014 | Pardon Prom. | $ Nat. Act. 2006 | 7/30/02 | Frances SP for Ruento | 8/5/2 | | |
| Ivan Arroyo | 02368-04 | 6 Criminal mats | 2001 Supp. | | | 8/5/2 | | |
| [signature] | | 14 Criminal mats 2001 Supp. | 7/30/02 | [signature] | | 8/30/12 | |
| Fernando Garay | 19038-069 | Federal Comm. Code | 8-1-02 | [signature] | | 8/05/02 | |
| | (2 day) | | | | | | |
| Leonard Chennis | 22925-069 | 353 Fed 838 | 8/5/02 | [signature] | | | |
| | | 264 Fed 372 | | | | | |
| | | 1992 Fed 273 | | | | | |
| | | 927 Fed | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit ___ 2 C

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Juan C. Rodriguez | 22224-069 | Prison's Cnft. | 7/23/02 | Juan C. Rodriguez | | N/C | |
| Jairo Sierra | 13581-050 | 523 US 224 | 7/23/02 | *Jairo Sierra | | | |
| Previval Chennis | 22275-069 | 39 L Ed 771 | 7/23/02 | (signature) Sign for Chennis | | | |
| | | 624 Fed 95 | | | | | |
| | | 626 Fed 72 | | | | | |
| | | 626 Fed 87 | | | | | |
| | | 507 F. Supp 480 | | | | | |
| | | 636 F. Supp 1581 | | | | | |
| | | 69 L. Ed 744 | | | | | |
| Fernando Gomez | 18938-069 | 895 Fed 890 | 7-24-02 | (signature) | | Paid 06 / Paid 06 | |
| | | 105 F Supp 2d 173 | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Carlos E. Navano | 28203-069 | 42L8rd2d373 (4) | 6/27/02 | *(signature)* | | | |
| | | 118L B406.174 (I) | " | | | | |
| | | 172 B12d 374 (I) | " | | | | |
| Francisco Javier | 06096-094 | 8 USCA 1326 (a)(b)(2) | | *(signature)* | 85 | | |
| Fernando Gomez | 19238-069 | 18 USCA 911 | | | | | |
| | | 162 Fsupp 12 | x 7/8/02 | Paid | | Paid | |
| | | 108 F3d 421 | | | | | |
| | Copias (Augcdlos) | 230 F3d 1 | | | | | |
| | OL-1 | 177 F3d 33 | | | | | |
| | | 181 F3d 1184 | | *(signature)* | | | |
| | | 110 F3d 1438 | | Paid | | | |
| | | 165 F3d 687 | | *(signature)* | | | |
| Francisco Batista D. | 17902-069 | Personal Copies 1 | 2.8-02 | *(signature)* | | Paid | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit 2 B

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Gomez | 19938-069 | 952 Fed 1958 (4) | 4-16-07 | | | | |
| | | 80 F3d 667 (4) | | | | | |
| copies needed for 2 weeks. | | 133 F3d 709 (4) | | | | | |
| | | 84 F3d 1284 (5) | | | | | |
| | | 969 F3d 1595 (2) | | | | | |
| copies | | 905 F2d 136 73 | | | | | |
| | | 141 Led 3d 314 (8) | | | | | |
| | | 674 Fed 960 (5) | | | | | |
| | | 941 Fed 36 (5) | | | | | |
| | | 838 F2d 793 (5) | | | | | |
| | | 268 F2d 942 (2) | | | | | |
| | | 924 Fed 2d (2) | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Antonio L. Evans | 18938-069 | 134 F3d 432 (8) | 3-6-2002 | | | | |
| | | 85 F3d 193 (5) | | | | | |
| | | 82 F3d 6 (3) | | | | | |
| | | 884 F2d 127 (1) | | | | | |
| William Rodriguez | 22040-069 | 82 F3d 1315 | 3-6-2002 | Victor Mella | | | |
| | | 148 F3d 86 (4) | | | | | |
| | | 142 F3d 388 (4) | | | | | |
| | | 862 F3d 646 | | | | | |
| | | 113 F3d 73 | | | | | |
| | | 35 F3d 1491 | | | | | |
| | | 843 F3d 967 | | | | | |
| Jose Rodriguez | 18926/004 | 32 F3d 1101 | | | | | |
| | | 29 F3d 107 | | | | | |
| | | 818 F2d 272 | | | | | |
| | | 970 F2d 416 | | | | | |

By Siloc        Unit 2 B

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit 28

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Jost Castillo | 17541-069 | 122 Led 2d 180 | 2-4-02 | | | | |
| | | 161 Led 2d 332 | | | | | |
| Ce-Lopez-Flanks | 1783-069 | 661 F2d 718 | 3-4-02 | | | | |
| | | 292 F2d 69 | | | | | |
| Cosmo | 18938-069 | 113 F3d 1155 | | | | | |
| | | Personal aprio | 3/13/02 | | | | |
| Rafael Reyes Rodriguez | 21121-069 | 691 F2d 39 | 5-21-02 | | | | |
| Bryan Cruz | 22512-069 | 82 F3d 1315 | 3-21-02 | Bryan Cruz | | | |
| | | 139 F3d 436 | | | | | |
| | | 516 U5 137 | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit ___ 2 B

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Bernardo Gomez | 89938-079 | 938 Fed 508 (4) | 9/4/02 | *[signature]* | | | |
| 1/02 | | 1627 3d 708 (3) | " | | | | |
| 5 more days | | 78 F 3d 945 (3) | " | | | | |
| will be picked up | | 378 Fed 641 (4) | " | | | | |
| 4/03/02 | | 5410 Fed 508 (3) | " | | | | |
| Extension requested until 4/15/02 | 665 Fed 366 (3) | | " | | | | |
| Plus - Ext. granted until 4/16/02 | 784 Fed 715 (3) | | " | | | | |
| | | 788 Fed 190 (3) | " | | | | |
| | | 30 F 3d 458 (3) | " | | | | |
| | | 130 F 3d 676 (4) | " | | | | |
| | | 61 F 3d 906 (3) | " | | | | |
| | | 61 F 3d 291 (3) | " | | | | |
| | | 583 Fed 491 (3) | " | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit __2 B__

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Fernando Gomez | 18933-054 | 134 F2d 208 (4) | 2-7-2002 | | | 4/9/08 | |
| | | 20 F 3d 1404 (5) | | | | | |
| | | 170 F3d 217 (4) | | | | | |
| | | 141 F3d 865 (4) | | | | | |
| | | 906 F2d 1261 (9) | | | | | |
| | | 710 F.Supp 415 (2) | | | | | |
| | | 762 F2d 170 (4) | | | | | |
| | | 140 F3d 988 (4) | | | | | |
| Luis Pinillo | 22203-054 | 271 F3d 193 | 2-11-2002 | | | | |
| | | 172 F2d 344 | | | | | |
| | | 140 Led 2d 703 | | | | | |
| | | 841 F2d 1205 | | | | | |
| | | 438 US 154 57L(ed)2d | | | | | |
| | | 218 F2d 72 | | | | | |
| | | 540 F2d 503 | | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Kevin White | 05409-054 | 876 F2d 1567 3-C | 2/4/02 | x Kevin White | | | |
| | | 918 F2d 128 3-C | | | | | |
| | | 112 F3d 626 +C | | | | | |
| | | 99 F3d 570 +C | | | | | |
| | | 25 Led 2d 368 | | | | | |
| Anibal Mendez | 17665-069 | Personal copies | 3/4/02 | x (signature) | | | |
| Fernando Gomez | 18938-069 | 29 F3d 973 | 2/6/02 | (signatures) | | | |
| | | 91 F3d 695 | | | | | |
| | | 167 F3d 1267 | | | | | |
| | | 916 F3d 1185 | | | | | |
| | | 213 F3d 1265 | | | | | |

Unit 2B

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Carlos Almodóvar | 16504-069 | 985 Fed 1082 2c | 1-30-02 | | | | |
| | | 216 F.3d 63c 3c | | | | | |
| | | 60 Fed 16 2c | | | | | |
| | | 18 Fed 62 2c | | | | | |
| | | 3 Books THE LECA | | | | | |
| | | 21 841 TO 840 | | | | | |
| | | 21 841 TO 847 + | | | | 2/7/02 | |
| | | 21 848 TO End. | | | | | |
| Fernando Flores | 18938-069 | 106 F3d 636 (2) | 1/30/02 | | | | |
| | | 106 F3d 627 (1) | | | | | |
| | | 992 F2d 896 (1) | | | | 4/1/02 | |
| | | 760 F. Supp 469 | | | | | |
| | | 710 F. Supp 415 (2) | | | | | |
| Winston Cunningham | 49263-004 | US v Delmonico Ch.300 | | | | | |
| | | 202 Fed 482 (1st Cir) | 1-3-2002 | | | | |

# MDC GUAYNABO LAW LIBRARY CHECK-OUT LOG

Unit _2B_



| Inmate Name | Register Number | Book/Material | Date Out | Inmate Signature | Staff Issuing | Date In | Staff Receiving |
|---|---|---|---|---|---|---|---|
| Hernando Garcia | 18938-069 | Legal copies (44) | 1/8/02 | | Ruiz | | |
| | | 168 F.3d 598 (3) | | | | | |
| | | 44 F.3d 137 | | | | | |
| | | 178 F.3d 1048 (4) | | | | 4/9/00 | |
| | | 183 F.3d 1048 (3) | | | | 4/9/00 | |
| | | 161 F.3d 9 (15) | | | | | |
| | | CLR-vol. 69 | | | | 1/5/02 | |
| | | NO.17-24 (4 parts) | | | | | |
| | | Vol.70 | | | | | |
| Brian Cruz | 23513-069 | NO.1-7 (14 parts) | | | | 1/5/02 | |
| | | 884 F.2d 1136 (3-c) | | | | | |
| | | 867 F.2d 36 (3-c) | | | | | |
| | | 68 L.Ed.2d 38 (5-c) | | | | | |