# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| [illegible] A | 33365048 | Research | 12/11/01 | 9:30 A | 10:30 | [sig] | ENC |
| Jose Luis Cintron | 14650-069 | Research | 12/18/01 | 1:30 PM | 3:00 | [sig] | ENC |
| Jose Luis Cintron | 14650-069 | Research | 12/19/01 | 2:00 PM | 3:00 | [sig] | ENC |
| Jimmy Perez Olivo | 10576-069 | Research | 12/28/01 | 2:15 PM | 3:30 | [sig] | ENC |
| David Young | 35425-019 | 2B Research | 2/4/02 | 8:00 AM | 10:30 | [sig] | ENC |
| [illegible] | 19978-010 | 2B Research | 2/6/02 | 1:30 | 3:30 | [sig] | ENC |
| [illegible] | [illegible] | 2B Research | 2/6/02 | 1:30 PM | 3:30 | [sig] | N |
| Jose Class Tirso | 10576-069 | Research | 2/6/02 | [illegible] | 3:30 | [sig] | ENC |
| Job H Reyes | 17853-064 | Research | 2/28/02 | 9:30 | 10:00 | [sig] | ENC |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [sig] | ENC |
| [illegible] Perez | 16938-069 | Research | 3/2/02 | 1:30 | 3:40 | [sig] | ENC |
| [illegible] | 85867 | Research | 3-5-02 | 12:56 | [illegible] | [sig] | ENC |
| Luis Cintes | 13108-069 | Research | 3-5-02 | 2:15 | 3-25 | [sig] | ENC |
| Jose Perez Olio | 14516-069 | Research | 3/6/02 | 2:00 PM | 10:00 AM | [sig] | ENC |
| Luis Cintes | 13108-069 | Research | 3/22/02 | 8:00 | | [sig] | ENC |
| Sony Hansen | 06589044 | Research | 3/22/02 | 1:02 | 3:30 | [sig] | ENC |
| Jimmy Perez Olivo | 10576-069 | Research | 3/26/02 | 1:30 | 3:00 | [sig] | ENC |

# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| [illegible] | 21296-069 | [illegible] | 2/3/02 | 1:30 | 3:00 | [sig] | [sig] |
| [illegible] | 685-069 | [illegible] | 1/28/02 | [illegible] | [illegible] | [sig] | [sig] |
| Luis R Gines | 13108-069 | Research | 2/29 | 1:00 | 3:00 | [sig] | [sig] |
| [illegible] | 6376-069 | Research L | 1/15/02 | | | [sig] | [sig] |
| Greg Hudson | 06573-014 | Research | 10/6/02 | 8:30 | 10-30 | [sig] | [sig] |
| Pedro O | 12526-065 | Zoeller L | 10/4/02 | 8:30 | 10:30 | [sig] | [sig] |
| Eugene Jaques | 18088-069 | Research | 4/16/02 | 1:45 | 3:00 | [sig] | [sig] |
| David Vega | 14355-069 | Research | 4/14/02 | 9:20 | 9:40 | David Vega | [sig] |
| Fernando Torres | 18938-069 | Research | 4/6/02 | 1:30 PM | 3:00 | Fernando Torres | [sig] |
| [illegible] | | Research | 5/3/02 | 9:30-11:30 | 11:00 | | [sig] |
| David Vega | 14355-069 | Research | 5/31/02 | 2:30-3:30 | 3:30 | David Vega | [sig] |
| David Vega | 14355-069 | Research | 6/24/02 | 9:20-10:45 | 10:45 | David Vega | [sig] |
| [illegible] | 18938-069 | Research | 6/25/02 | 1:45 pm | 3:30 | [sig] | [sig] |
| David Vega | 14355-069 | Research | 6/25/02 | 1:45 pm | 3:30 | David Vega | [sig] |
| Fernando Torres | 18938-069 | Research | 6/26/02 | 12:56 | 2:10 | Fernando Torres | [sig] |
| Fernando Torres | 18938-069 | Research | 7-02-02 | 1:55 am | 3:55 | Fernando Torres | ccc |
| [illegible] | 18938-069 | Research | 7-08-02 | 1:55 pm | 3:15 | [sig] | [sig] |
| [illegible] | 18938-069 | Research | 7-22 | 2:55 pm | 3:52 | [sig] | [sig] |
| [illegible] | 18938-069 | Research | 7-29 | 2:53 pm | 3:54 | [sig] | [sig] |

# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| Leonardo Cruz | 16938-069 | Research | 7-24-02 | 5:46 | 5:46 pm | Leonardo | K |
| Leonardo Cruz | 16938-069 | Research | 7-26-02 | 2:50 pm | 3:20 pm | Leonardo | K |
| Elisa Davila | 09-02-069 | Research | 7/26/02 | 1:30 | 3:30 | Davila | J |
| Leonardo Cruz | 16938-069 | Research | 8/1/02 | 1:42 pm | 3:36 | Leonardo | K |
| Rafa Davila | 17902-069 | Research | 8/1/02 | 1:42 pm | 3:36 | R Davila | MC |
| Leonardo Cruz | 16938-069 | Research | 8-5-02 | 9:45 AM | 10:50 AM | Leonardo | MC |
| Elisa Davila | 17902-069 | Research | 8-5-02 | 9:42 AM | 10:47 PM | Davila | K |
| Leonardo Cruz | 16938-069 | Research | 8-13-02 | 1:30 pm | 3:43 pm | Leonardo | MC |
| Leonardo Cruz | 16938-069 | Research | 8-14-02 | 1:50 pm | 2:30 | Leonardo | MC |
| Belisa Ducker | 03638-069 | Research | 8-14-02 | 1:45 | 3:12 pm | B Ducker | MC |
| Leonardo Cruz | 16938-069 | Research | 8-16-02 | 8:55 pm | 10:45 pm | Leonardo | MC |
| Eugenio Perez | 23057-069 | Research | 8-16-02 | 1300 | 3:30 PM | E Perez | MC |
| Belisa Dovinio | 17402-069 | Research | 8-22-02 | 1:16 PM | 2:30 PM | B Dovinio | MC |
| Leonardo Cruz | 16938-069 | Research | 9-17-02 | 9:05 PM | 9:24 PM | Leonardo | MC |
| Edwin Cortes | 03638-069 | Research | 9/2/02 | 8:15 AM | 11:00 AM | E Cortes | MC |
| Edwin Cortes | 03638-069 | Research | 9/24/02 | 2:35 pm | 3:30 | E Cortes | MC |

# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| Eugenio Perez | 23057-069 | Research | 8-20-02 | 8:47 AM | | | epc |
| Fernando Lopez | 16938-069 | " | " | | | | epc |
| | 13108-069 | " | " | 1:50 PM | 2:30 PM | | epc |
| | 23057-069 | " | " | 2:00 PM | | | epc |
| | 16938-069 | " | 8/21/02 | 2:00 PM | 3:00 PM | | epc |
| Fernando Lopez | 16938-069 | " | 5-28-02 | 1:26 PM | 2:45 PM | | epc |
| | 23057-069 | " | 8-08-02 | 1:16 PM | 3:00 PM | | epc |
| Edison Nuñez | 13998-069 | " | 3-11-03 | 1:14 PM | 3:00 PM | Edison Nuñez | epc |
| Fernando Lopez | 16938-069 | " | 5-1-03 | 1:15 PM | 5:35 PM | | 10 |
| Don Richards | 00654-054 | Research | 3/4/03 | 1:15 | 3:37 | | 10 |
| Fernando Lopez | 16938-069 | Research | 05-12-03 | 2:11 PM | 3:36 | | RC |
| | | " | 04-03 | 1:31 PM | | | |
| | | " | 6-5-1-03 | | | | |
| | | " | 6-6-03 | 9:50 AM | | | |
| Edison Nuñez | 3998-069 | " | 6-6-03 | 9:60 AM | | | |

# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| Jimmy Perez Ellin | 19576-069 | Research | 4/2/02 | 11:00 | 1:00 | [sig] | One |
| Toyko Ruiz | 08628-069 | Research | 4/4/02 | 1:30 | 3:30 | [sig] | One |
| Vicente E. Juan L. | 23003-069 | Research | 4/4/02 | 1:30 | 3:15 | [sig] | One |
| Luis Nichols | 23074-069 | Research | 10/10/02 | 1:15 | 3:15 | [sig] | One |
| Rob Nichols | 23059-069 | Research | 10/10/02 | 1:15 | 3:15 | [sig] | One |
| Luis Nichols | 23059-069 | Research | 11/26/02 | | | | One |
| Eliez Nichols | 23057-069 | Research | 12/19/02 | 1:23 | 3:00 | [sig] | One |
| Colton Ruiz | 13798-069 | Research | 12/6/02 | 1:30 | 2:30 | [sig] | One |
| Luis Cintes | 13105-069 | Research | 12/27/02 | 1:14 | 3:00 | [sig] | One |
| Richard Ward | 25309-069 | Research | 1/9/03 | 12:31 | 3:00 | [sig] | One |
| Jimmy Perez Ellin | 19576-069 | Research | 1/27/03 | 1330 | 3:15 | [sig] | One |
| Jimmy Perez Ellin | 19576-069 | Research | 1/27/03 | 1:10 | 3:15 | [sig] | One |
| Carlos Bellin | 21240-112 | | 1/28/03 | 8:40 AM | 10:40 | [sig] | One |
| Arturo Nieves | 13794-069 | Research | 1/24/03 | 8:45a | 10:30 | [sig] | One |
| Manuel Santiago | 22389-069 | Research | 1/29/03 | 1:00 | 3:00 | [sig] | One |
| Luis Cintes | 13108-069 | Research | 1/29/03 | 1:27 | 2:15 | [sig] | One |
| | | Research | 1/31/03 | 1:00 | 8:30 | [sig] | One |

# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| Michael Alonzo Rosemond | 17404-069 | Research | 2/4/03 | 1:30 | 3:05 | | |
| Leonardo Gomez | 18958-069 | Research | 2/4/05 | 8:30 mc | 10:45 | | mc |
| Leonardo Gomez | 18958-069 | Research | 2/12/03 | 9:24 pm 1:24 mc | | | |
| Leonardo Gomez | 18958-069 | Research | 2/13/03 2:12-03 | 2:52 pm | 5:40 p.m. | Leonardo Gomez | |
| Leonardo Hale | K1381-069 | Research | 2/9/03 | 2:10 p.m. | 3:10 p.m. | Leonardo Hale | |
| Luis R. Gines | 13108-069 | Research | 2/23/03 | 9:00 am | 3:45 pm | | |
| Kent Michell | 17406-069 | Legal | 2/28/03 | 1:35 pm | 11:00 | | |
| Sephmell Jimmy | 18538-069 | Research | 3-4-03 | 7:2 | 2:05 pm | Michell | |
| Leonardo Lugo | K678-069 | Research | 3/11/03 | 8:30 mc | 10:42 pm | | |
| Leonardo Richards | 00694-094 | Legal copies | 3-11-03 | 9:41 Am | 10:33 Am | Dr. Richards | |
| | | research | | | 10:33 Am | | |
| Luis Reines | 13108-069 | research | 3/17/03 | 9:13 Am | 11:00 | | |
| Dale Bellini | 10143265 | research | 3/18/03 | 1:49 pm | 3:00 pm | | |
| Carlos Bellini | 2140-112 | Research | 3/26/03 | 1:00 PM | 2:28 pm | | |
| Edison Nuñez | 13798-069 | " | 4/11/03 | 1:45 pm | 3:30 pm | | |
| Hill Count | 05142-069 | " | 4/15/03 | 12:50 pm | 9:00 | | JDS |
| Edison Nuñez | 13798-069 | " | 4/22/03 | 1:30 | 9:45 | | |
| Edison Nuñez | 13798-069 | " | 4-25-03 | 12:55 | 2:45 | | mc |
| Edison Nuñez | 13798-069 | " | 05-1-03 | 12:16 | 3:00 pm | | |

# INMATE LAW LIBRARY RESEARCH SIGNING SHEET

| NAME OF INMATE | REG. NO | BOOK/MATERIAL | DATE | TIME IN | TIME OUT | INMATE SIG. | STAFF |
|---|---|---|---|---|---|---|---|
| Leonardo Lopez | 16989-069 | Leg. Res. | 5-1-03 | 2:06 PM | 3:30 | | |
| Leonardo Zayas | 18394-069 | Leg Res | 5-2-03 2:08 PM | 3:20 3:45 | | | |
| Nelson Nuñez | 13798-069 | Leg. Res. | 5-12-03 1:20 PM | 2:22 | | | |
| Nelson Nuñez | 13798-069 | | 5-12-03 1:20 PM | 2:22 | | | |
| Leonardo Zayas | 18594-069 | Leg. Res. | 5-12-03 2:40 PM | 3:20 | | | |
| Nelson Nuñez | 13798-069 | | 5-12-03 11:00 PM MC | 3:20 | | | |
| Leonardo Zayas | 18594-069 | Leg Res. | 5-19-03 2:00 PM MC | 3:30 | | | |
| Amanda Sosa | 18958-069 | Leg. Res. | 5-30-03 2:35 PM | 3:43 | | | |
| Harry I. Colwell | 25942-069 | Leg. Research | 6/4/03 9:00 am | 10:45 am | | | |
| Jose Troche-Tafurs | 18810-018 | Leg. research | 6/4/03 8:30 AM | 10:00 am | | | |
| Edison Vives | 13798-069 | Legal Research | 6-5-03 2:00 PM | 3:30 PM | | | |
| | 13798-069 | | 6-5-03 2:00 PM | 3:30 PM | | | |
| Edison Vives | 13798-069 | | 6-6-03 9:50 AM | 10:50 AM | | | |
| | 13105-069 | | 6-6-03 9:50 AM | 10:50 AM | | | |
| Jose Melendez-Tortes | 11680-018 | | 6-10-03 9:25 am | | | | |
| | | | 6-10-03 1:05 | | | | |
| | | | 6-17-03 3:00 | | | | |
| Jose Harvey | 18936-069 | Laguna Research | 6-17-03 8:45 PM | 9:41 | | | |
| Gary Harvey | 08518-094 | | 02-8-03 2:15 | 2:30 | | | |

```
█████         *        INMATE DISCIPLINE DATA          *     06-30-2003
PAGE 001      *    CHRONOLOGICAL DISCIPLINARY RECORD   *     12:43:44

REGISTER NO: 18938-069 NAME..: GOMEZ, FERNANDO ROSARIO
FUNCTION...: ███       FORMAT:█████      LIMIT TO    MOS PRIOR TO 06-30-2003
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1106907 - SANCTIONED INCIDENT DATE/TIME: 05-22-2003 0830
UDC HEARING DATE/TIME: 05-28-2003 0820
FACL/UDC/CHAIRPERSON.: GUA/3A/M RODZ
REPORT REMARKS.......: 45 DAYS LOSS OF VISITING PRIVILEGES, SUSPENDED FOR 90
                       DAYS PENDING CLEAR CONDUCT.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP VISIT   / 45 DAYS / CS / SUSPENDED 90 DAYS
          COMP:     LAW:    SANCTIONED TO 45 DAYS LOSS OF VISITING PRIVILEGES,
                            SUSPENDED FOR 90 DAYS PENDING CLEAR CONDUCT.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 990301 - SANCTIONED  INCIDENT DATE/TIME: 05-03-2002 0800
DHO HEARING DATE/TIME: 06-03-2002 1430
FACL/CHAIRPERSON.....: GUA/M. TORRES
REPORT REMARKS.......: INM. DAMAGED LAW LIBRARY BOOK BY OBLITERATING OFFICIAL
                       STAMP,MARKING IT W/ HIS NAME & # AND REMOVING COVER.
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        MON REST   / 40.75 DOLLARS / CS
          COMP:     LAW:    INM. WILL PAY $40.75 FOR THE DAMAGED LAW LIBRARY
                            BOOK.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 984507 - SANCTIONED  INCIDENT DATE/TIME: 04-19-2002 1612
DHO HEARING DATE/TIME: 05-02-2002 1330
FACL/CHAIRPERSON.....: GUA/M. TORRES
REPORT REMARKS.......: INM.ADMITTED BEING IN BED W/LIGHTS OFF FOR 4PM COUNT.DHO
                       SANCTIONS TO 7 DAYS DS. CODE 307 EXPUNGED.
   320  FAILING TO STAND COUNT - FREQ: 1
        DS         / 7 DAYS / CS
          COMP:     LAW:    SEVEN DAYS IN DISCIPLINARY SEGREGATION.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 984108 - SANCTIONED  INCIDENT DATE/TIME: 04-18-2002 0936
DHO HEARING DATE/TIME: 05-02-2002 1322
FACL/CHAIRPERSON.....: GUA/M. TORRES
REPORT REMARKS.......: INM.ADMITTED NOT HAVING HIS CELL READY FOR INSP. DHO
                       SANCTIONS TO 7 DAYS DS.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 2
        DS         / 7 DAYS / CS
          COMP:     LAW:    SEVEN DAYS IN DISCIPLINARY SEGREGATION.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 891903 - SANCTIONED  INCIDENT DATE/TIME: 06-11-2001 1015
UDC HEARING DATE/TIME: 06-13-2001 0750
FACL/UDC/CHAIRPERSON.: GUA/3A/M. RODZ
REPORT REMARKS.......: 30 DAYS LOSS OF COMMISSARY PRIVILEGES.




G0002       MORE PAGES TO FOLLOW . . .
```

```
GUAH7            *         INMATE DISCIPLINE DATA            *     06-30-2003
PAGE 002 OF 002  *    CHRONOLOGICAL DISCIPLINARY RECORD       *     12:43:44

REGISTER NO: 18938-069 NAME..: GOMEZ, FERNANDO ROSARIO
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO    MOS PRIOR TO 06-30-2003

UDC HEARING DATE/TIME: 06-13-2001 0750    REPORT 891903 CONTINUED
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    30 DAYS LOSS OF COMMISSARY PRIVILEGES.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 865134 - SANCTIONED  INCIDENT DATE/TIME: 03-11-2001 0930
DHO HEARING DATE/TIME: 03-30-2001 0900
FACL/CHAIRPERSON.....: GUA/M TORRES
REPORT REMARKS.......: DHO FINDS INMATE REFUSED AN ORDER FROM STAFF IN THE
                       VISITING ROOM & SANCTIONS TO 3 MONTHS W/O SOC. VISITS.
   307  REFUSING TO OBEY AN ORDER - FREQ: 2
        LP VISIT   / 3 MONTHS / CS
        COMP:    LAW:    THREE MONTHS WITHOUT SOCIAL VISITS. PRIVILEGE MAY
                         RESUME AFTER JUNE 30, 2001.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 849975 - SANCTIONED  INCIDENT DATE/TIME: 01-17-2001 1300
UDC HEARING DATE/TIME: 01-19-2001 1400
FACL/UDC/CHAIRPERSON.: GUA/3B/RODRIGUEZ
REPORT REMARKS.......: 60 DAYS TELEPHONE PRIVILEGE
   313  LYING OR FALSIFYING STATEMENT - FREQ: 1
        LP PHONE   / 60 DAYS / CS
        COMP:    LAW:    60 DAYS TELEPHONEPRIV LOSE,SANCTION MAY DETER FROM
                         FUTHER MISCONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 846739 - SANCTIONED  INCIDENT DATE/TIME: 01-04-2001 1525
UDC HEARING DATE/TIME: 01-18-2001 1245
FACL/UDC/CHAIRPERSON.: GUA/3A/J COLON
REPORT REMARKS.......: 60 DAYS LOSS OF VISITING PRIVILEGES, 30 SUSPENDED FOR 90
                       DAYS PENDING INMATE CLEAR CUNDUCT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP VISIT   / 60 DAYS / CS
        COMP:    LAW:    30 SUSPENDED PENDING INMATE CLEAR CUNDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 824774 - SANCTIONED  INCIDENT DATE/TIME: 10-16-2000 0930
UDC HEARING DATE/TIME: 10-19-2000 1400
FACL/UDC/CHAIRPERSON.: GUA/3A/M. RODRIGU
REPORT REMARKS.......: 30 DAYS LOSS OF TELEPHONE PRIVILEGES, SUSPENDED FOR 60
                       DAYS PENDING CLEAR CONDUCT.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP PHONE   / 30 DAYS / CS / SUSPENDED 60 DAYS
        COMP:    LAW:    PENDING CLEAR CONDUCT FOR 60 DAYS.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
*******************************
United States              *
                Plaintiff   *
                            *
v.                          *      CRIM NO. 00-108 (DRD)
                            *
Fernando Gomez              *
                            *
                Defendant   *
*******************************
```

### DECLARATION OF JORGE RIVERA

In accordance with the provisions of 28 U.S.C. Section 1746, I, Jorge Rivera, do hereby make the following declaration, under penalty of perjury, pertinent to the above-styled action.

1.   I am presently employed by the Federal Bureau of Prisons as Correctional Officer for the Metropolitan Detention Center (MDC) Guaynabo, Puerto Rico. I have had this position since May 2, 1993.

2.   As Correctional Officer, I perform a full range of duties and responsibilities for detention, correction, supervision, protection, control, and accountability of inmates.

3.   On one occasion, at approximately 3:50 p.m., I was called by the education technician to escort inmates back to their units. Upon my arrival, I observed another officer telling inmate Fernando Gomez, Register Number 18938-069, that he was going to be escorted back to his unit for the 4:00 p.m. official count.

4.   I remembered inmate Gomez complaining that he had not finished making his copies. Also, inmate Gomez was asking the inmate worker to finish making the copies for him. The inmate worker told him that he could not make any copies because his supervisor (the education technician) gave him orders to clean and store the library books. Inmate Gomez became agitated with the inmate orderly, told him that he did not want to help him, and demanded to make the copies for him. The inmate worker got upset and before the situation began to escalate, I escorted inmate Gomez back to his housing unit.

I declare under penalty of perjury that the above statement is true and correct.

Executed this _12th_ day of _July_, 2003.

_____
Jorge Rivera
Correctional Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
******************************
United States                *
              Plaintiff      *
                             *
v.                           *       CRIM NO. 00-108 (DRD)
                             *
Fernando Gomez               *
                             *
              Defendant      *
******************************
```

## DECLARATION OF PRIMO ALONSO

In accordance with the provisions of 28 U.S.C. Section 1746, I, Primo Alonso, do hereby make the following declaration, under penalty of perjury, pertinent to the above-styled action.

1. I am presently employed by the Federal Bureau of Prisons as Correctional Officer for the Metropolitan Detention Center (MDC) Guaynabo, Puerto Rico. I have had this position since July 14, 1991.

2. As Correctional Officer, I perform a full range of duties and responsibilities for detention, correctional supervision, protection, control and accountability of inmates.

3. On one occasion, at approximately at 3:45 p.m., I was called by the education technician to escort inmates back to their housing units. She ordered the education inmate workers to clean the area and store the library books, because they were going to be escorted back to their housing units before the official count at 4:00 p.m.

4. Inmate Fernando Gomez, Register Number 18938-069, complained that he had not finished making his copies. After a minute or so, inmate Gomez asked the education inmate worker to make copies for him. The inmate worker told inmate Gomez that he could not make the copies because his supervisor (the education technician) gave him orders to clean and store the library books. Inmate Gomez became agitated with the inmate worker and told the inmate that he did not want to help him, and, again, inmate Gomez demanded to make the copies for him. The inmate worker got disturb and before the situation began to escalate, I escorted the inmates assigned to work at the education department to their respective housing unit.

I declare under penalty of perjury that the above statement is true and correct.

Executed this __15__ day of __July__, 2003.

_____
Primo Alonso
Correctional Officer