# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record  to the Court of Appeals

**DATE:**   **November 5, 2004**

**DC #:**    **00-108   (JAG)**

**CCA #:   03-2719**

**CASE CAPTION:**            **USA      v.      Sarucco**
                                        **Defendant:      Fernando Gómez-Rosario (2)**

**SPECIAL COMMENTS:      Original documents**

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**


**DOCUMENTS:**                                                          **VOLUMES:**

**Docket Entry   422   (Transcript)**                                              **I**


I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.


                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñíz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:      _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk