# United States Court of Appeals
## For the First Circuit

No. 03-2719

UNITED STATES,

Appellee,

v.

FERNANDO GÓMEZ-ROSARIO,

Appellant, Defendant.

**JUDGMENT**

Entered: August 12, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Fernando Gómez-Rosario"s conviction is affirmed; his sentence on that conviction is vacated. The matter is remanded for resentencing consistent with the opinion issued this day.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Daniel R. Dominguez and Hon. George Z. Singal, Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Nathanson, Mr. Vaccaro, Mr. Perez-Sosa, and Mr. Rieckehoff.]