UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIM. NO. 00-108(DRD) |
| Plaintiff, | * | |
| v. | * | |
| FERNANDO GOMEZ-ROSARIO, | * | |
| Defendant. | * | |

**ORDER**

The United States Circuit Court of Appeals has determined that defendant, Fernando Gómez-Rosario, is to be re-sentenced pursuant to the Supreme Court decision in the case of United States v. Booker, 125 S. Ct. 738 (2005). Mandate has already been issued by the U.S. Circuit Court of Appeals. The defendant is scheduled for re-sentencing by the judge who handled the trial, Hon. Chief Judge George Z. Singal, on **October 21, 2005 at 9:00 a.m**. The U.S. Marshal is to make arrangements to have the defendant transferred to MDC-Guaynabo, Puerto Rico.

Pre-trial Services is ordered to be copied with this order.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 23rd day of August 2005.

s/ Daniel R. Domínguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE