# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.   * | **CRIM. 00-108-01 (DRD)** |
| * | |
| **FERNANDO GOMEZ ROSARIO** * | |
| **USM # 18938-069** * | |
| ------------------------------------------------- * | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  CI MCRAE
   CORRECTIONAL INSTITUTION
   1000 JIM HAMMOCK DRIVE
   MCRAE, GA 31055

We command you, the Warden, McRae, Correctional Institution, 1000 Jim Hammock Drive, Mc Rae, GA, to release **FERNANDO GOMEZ ROSARIO** to the custody of the U.S. Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, U.S. Marshal for the District of Puerto Rico, to have the body of **FERNANDO GOMEZ ROSARIO**, and take him under your custody under safe and secure conduct, and remove the said **FERNANDO GOMEZ ROSARIO** forthwith and bring him before HONORABLE GEORGE W. SINGAL, Visiting Judge from Portland, Maine, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **Friday, October 21, 2005 at 9:00 p.m.,** and any subsequent days thereafter, and that you safely and securely return said **FERNANDO GOMEZ ROSARIO**, to the custody of the Warden, CI MCRAE, 1000 Jim Hammock Drive, Mc Rae, GA.

2

WITNESS the Honorable Daniel R. Domínguez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court,
this 8th day of September 2005


FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

*S/ **Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Courtroom Deputy Clerk