<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF PUERTO RICO</u>

UNITED STATES OF AMERICA

Plaintiff

v.

[1] FERNANDO GOMEZ ROSARIO          CRIM. NO. 00-108 (DRD)

Defendant

**O R D E R**

Resentencing as to above captioned case has been set for **October 21, 2005 at 9:00 a.m.** before the

Honorable George W. Singal, U.S. District Judge from the District of Maine.  Lydia Lizarribar Esq. is hereby

appointed under the Criminal Justice Act to represent this defendant at the hearing as stand by counsel.

Counsel Miriam Ramos Grateroles has declined to continue as legal counsel for the defendant upon the

Court's request.  The defendant remains pro se, and he is reminded by the Court that the only issue to be

discussed is a re-sentencing pursuant to the methodology expressed in *United States v. Booker, and United*

*States v. Fanfan,* 125 S. Ct. 738 (2005). The defendant is to be notified with a copy of this order, by Express

Mail, to the following address:

McRae, CI
1000 Jim Hammock Drive
Mc Rae, GA, 31055

The U.S. Probation Office shall provide the previous pre-sentence report to counsel Lydia Lizarribar

for her inspection. Counsel Lizarribar shall be provided with a copy of the trial and sentence transcripts to

be provided by the Clerk's Office to counsel Lydia Lizarribar for her review prior to the re-sentencing.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of September 2005.

***S/DANIEL R. DOMINGUEZ***
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE