Page 1

# United States District Court
## For the Judicial District of Puerto Rico

United States of America
Plaintiff

v.                                    Crim. C. no. 00-108 (GZS)

Fernando Gomez-Rosario
Defendant

_____

### Request for (40 Days) continuance of sentencing Hearing

Comes now the Defendant, Fernando Gomez-Rosario, ("Gomez and/or Defendant") by and through this motion and very Respectfully, moves this Honorable Court for a continuance of (40 days) in Petitioner's Sentencing's hearing, in order to in order to provide Defendant with constitutional Due process of law at his sentencing hearing and

in support hereof Defendant states the followings:

## Relevant Background

On August 12-2005, the Court of Appeals for the First Circuit, Ruled on Gomez's Appeal, Affirming Gomez's conviction and Reversing Gomez's sentence, based upon Supreme's Court's Ruling in <u>Booker and Fanfan</u>, which made United States Sentencing guidelines, ("U.S.S.G.") advisory. The First Circuit did not Rule on the merits of any of the attack which Gomez made to the computation of his base offense level which determinated Gomez's final sentence.

it is the law of this circuit and of the supreme court that in order for Gomez to preserve issue again for appeal after the Remand, defendant have to Renew his objection together with memorandum of law and evidence supporting his arguments, and that district court preventing Gomez from doing so, would be a gross violation of Gomez's Due Process constitutional Rights, As provide, the united State constitution

Gomez ~~who~~ should be allowed to Renew ~~the followings~~ and present the followings objection to the computation of his sentence, as well, to obtains from his property memorandum of law, and submitt them within

Case 3:00-cr-00108-DRD   Document 435   Filed 10/21/2005   Page 4 of 9

page 4

this court backing-up his argument, be permitted to Request downward departure and to present evidence and call witness on his defense:

<u>Objection to be presented on Renewal</u>

I. Gomez's testimony at the second trial did constituted perjury, therefore the two (2) levels enhancement to Gomez's base offense level ("B.O.L.") were wrongfully Applied. Gomez should be permitted to a memorandum of law which his have allRedy prepared in property to support this argument and to subpine witness that will corabarate Gomez's statements the name of that witness is in Gomez's property

II. That weapons allegedly found in the minivan, in which, Gomez arrived to the Hotel Iberia the date of his arrest, was not in Gomez's possession, therefore 2 two levels enhancement for the possession of that Gun was wrongfully Applied. Gomez should be permitted to obtain from his property, a memorandum of law and submit with in this court to support it claims.

III. District court should have granted for (4) level downward departure as to minor participant, based, upon Government allegation that Gomez went to the Hotel to pick-up drugs ("mula") Gomez haved digested both trial's

and collected the Government's Allegations support this claims, as well a memorandum of law have been drafted by Gomez, taking into account the basis used by District to deny Gomez's Request back 11-04-2003. however, Gomez need to uplaint this from his property.

IV. Doctrine of collateral stoppel bars District court from making additional determination to enhance Gomez's "BOL" by increasing the drug amount, which was charged in the indictment and the Jury rejected it; two contradicting Judgment based upon the same evidence clearly violated

the doctrine of ~~the~~ collateral stoppel doctrine

V. Due to the fact that Indictment against Gomez' did not named any co-conspirator, in order for the court to make finding that Gomez could be held Responsible for drugs possessed by any other, it would Requires the court to name- a co-conspirator which the grand Jury did not, there, thereby depriving Gomez of the protection afarded by the grand-Jury-clause of the fifth Amendment and Sixth of the united State constitution. Gomez would be permitted to submit a memoramdum of law, which he have already prepared in his property, in support hereof.

VI. Gomez- fast track application

Gomez will waive the Right to fight at the immigration's court thereby saving tax's payer money and court time and Doket James, in exchange of downward departure. ~~Plaintiff the~~ Gomez should be permited to submit a memorandum of law in support of this argument, which is already prepare in Gomez's property

. Gomez's immigration statute as a deportable alien place him in a harsher circumstance of an american citizen an example of that is the fact that Gomez's label as "000 a "deportable alien" exclued him from(a) Drug program

and it benefits of a year of sentence Reduction including halfway ~~house~~ house; (b) ~~commu~~ community service; (c) camp minimum Security; (d) and the latest fact development of the contract ~~with~~ signed between the Federal Bureau of prison and correctional Corporation of America where defendant has ~~been sentence~~ send due to his labor as "departable aliens"

In San Juan Puerto Rico 10-21-05

*[signature]*