```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:PRD_DRD@prd.uscourts.gov,edwin.vazquez@usdoj.gov,linda.rivera2@usdo
Message-Id:<684457@prd.uscourts.gov>
Subject:Activity in Case 3:00-cr-00108-DRD USA v. Sarucco "Order"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from mn, entered on 10/25/2005 at 9:17 AM AST and filed on 10/24/2005

**Case Name:**        USA v. Sarucco
**Case Number:**      3:00-cr-108
**Filer:**
**Document Number:** 437

**Docket Text:**
ORDER as to Fernando Gomez-Rosario. Sentencing scheduled for December 2, 2005 is hereby reset. All motions will be heard at the same time on this date. **Re-sentencing is hereby set for 12/9/2005 09:00 AM before George Z. Singal** . Signed by Judge George Z Singal on 10/24/2005. (mn, )

The following document(s) are associated with this transaction:

**3:00-cr-108-2 Notice will be electronically mailed to:**

Lydia Lizarribar-Buxo    lizarribar@prtc.net, llizarribar@microjuris.com

Edwin O. Vazquez-Berrios    edwin.vazquez@usdoj.gov, linda.rivera2@usdoj.gov

**3:00-cr-108-2 Notice will be delivered by other means to:**

| RETURN |||
|---|---|---|
| This order was received by the defendant, Fernando Gomez Rosario, Cr. 00-108 at the MDC. |||
| Date received | Name and Title of issuing Officer | Signature of defendant |
| 10/28/05 | Jmunoz, CSW | Fernando Gomez |