IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | Criminal 00-108(DRD) |
|---|---|---|
| Plaintiff | * | |
| V. | * | |
| FERNANDO GOMEZ-ROSARIO | * | |
| Defendant | * | |

## INFORMATIVE MOTION AND REQUEST FOR ORDER

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Fernando Gomez-Rosario, pro se and through his standby undersigned attorney and respectfully states and prays as follows:

1. That on October 21, 2005 the Court ordered the Marshal to provide to defendant his case file and legal documents which were at his place of incarceration: Mc Rae CI, Mc Rae, Georgia. That as of the filing of this motion defendant has not been provided his case file and legal documents.

2. It is requested that the Court order the Warden at Mc Rae CI, 1000 Jim Hammock Drive, Mc Rae, GA 31055 to provide defendant his case file and legal documents.

3. That stand by counsel has not received the defense case file from appeal counsel Mr. Andrew Nathanson although he had indicated it would be mailed to her office.

**WHEREFORE,** defendant requests that the Court take notice of the above and issue the order requested.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**:  I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by, U.S. Attorney's Office and to Fernando Gomez, Reg. #18938-069, MDC Guaynabo, PO Box 2147, San Juan, PR 00922-2147.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 2nd day of November, 2005.

S/ *Lydia Lizarribar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribar@prtc.net

2