IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | Criminal 00-108(DRD) |
|---|---|---|
| Plaintiff | * | |
| V. | * | |
| FERNANDO GOMEZ-ROSARIO | * | |
| Defendant | * | |

# REQUEST FOR COURT ORDER
# TO UPDATE PRE SENTENCE REPORT

**TO THE HONORABLE COURT**:

**COMES NOW** defendant Fernando Gomez-Rosario, pro se and through his standby undersigned attorney and respectfully states and prays as follows:

1. It is requested that the Court order that the Pre Sentence Report be updated for the sentencing hearing set for December 9, 2005.

2. The PSR plays a critical role in the Court's determination of an appropriate sentence and thus when as in the instant case a prolonged period of time has elapsed since it's preparation it is appropriate to review and update the same with information of defendant's behavior while imprisoned; his continuing education and work as well as rehabilitation efforts and achievements.

**WHEREFORE,** defendant requests that the Court order the Pre-Sentence Report update.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by, U.S. Attorney's Office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 2nd day of November, 2005.

S/ *Lydia Lizarribar-Masini*
**LYDIA LIZARRÍBAR-MASINI
USDC 124301
14 O'NEILL ST. SUITE A
HATO REY, PR  00918
TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribar@prtc.net

2