IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal 00-108(DRD) |
| Plaintiff | * | |
| V. | * | |
| **FERNANDO GOMEZ-ROSARIO** | * | |
| Defendant | * | |

## REQUEST FOR COURT ORDER

**TO THE HONORABLE COURT**:

**COMES NOW** defendant Fernando Gomez-Rosario, pro se and through his standby undersigned attorney and respectfully states and prays as follows:

1. Defendant requests that the Court issue a subpoena to have Dr. Ganimedes Florian appear as his witness at the resentencing hearing set for December 9th, 2005. The testimony to be presented would be in relation to the medical record of Herman Frank; said record was provided to defendant on October 21, 2005.

2. The subpoena is attached to this motion with a request that the court order the Marshals to serve the same.

**WHEREFORE,** defendant requests that the Court take notice of the above and issue the subpoena requested.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by, U.S. Attorney's Office and to Fernando Gomez, Reg. #18938-069, MDC Guaynabo, PO Box 2147, San Juan, PR 00922-2147.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 16th day of November, 2005.

              S/ *Lydia Lizarribar-Masini*
              **LYDIA LIZARRÍBAR-MASINI**
              **USDC 124301**
              **14 O'NEILL ST. SUITE A**
              **HATO REY, PR  00918**
              **TEL. 250-7505 FAX. 758-4512**
              E-mail: lizarribar@prtc.net