# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

UNITED STATES OF AMERICA
V.

FERNANDO GOMEZ-ROSARIO

**DEPOSITION SUBPOENA IN A CRIMINAL CASE**

Case Number: CR. 00-108(DRD)

TO: Dr. Ganimedes Florian (10893)
Hospital Metropolitano
Rio Piedras, PR

x   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| Hon. Judge Singal's Courtroom<br>Federal Building<br>150 Chardon Ave<br>Hato Rey | 12/9/05 at 9:00am |

☐   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
|  | 11/16/05 |
| (By) Deputy Clerk |  |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Lydia Lizarribar-Masini
G-14 O'Neill St
San Juan, PR 00918
787-250-7505

AO90 (Rev. 11/91) Deposition Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ _____ ||
| SERVED BY (PRINT NAME) | TITLE ||

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
           DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION