IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | * | Criminal 00-108(DRD) |
|---|---|---|
| Plaintiff | * | |
| V. | * | |
| FERNANDO GOMEZ-ROSARIO | * | |
| Defendant | * | |

# INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Fernando Gomez-Rosario, pro se and through his standby undersigned attorney and respectfully states and prays as follows:

1. Defendant advised last night, November 15, 2005, that he has received his case record which had been provided by the Marshals.

2. The undersigned counsel made copies of all transcripts and provided them to defendant. Mr. Gomez indicated that he had in fact received the transcripts.

3. The undersigned counsel inquired of defendant if he needed additional documents, records or case law; defendant indicated that he understood he had all he needed to prepare for the resentencing hearing.

**WHEREFORE,** defendant requests that the Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF system by, U.S. Attorney's Office and to Fernando Gomez, Reg. #18938-069, MDC Guaynabo, PO Box 2147, San

Juan, PR 00922-2147.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 16th day of November, 2005.

S/ *Lydia Lizarribar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 250-7505 FAX. 758-4512**
E-mail: lizarribar@prtc.net