AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

**UNITED STATES OF AMERICA,**            **APPEARANCE**

v.

            **CASE NUMBER: 00-108(DRD)**

**FERNANDO GOMEZ ROSARIO**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

December 1, 2005
Date

            S/Warren Vázquez
            Signature

            Torre Chardon Bldg, Room 1201, 350 Chardon Ave.
            Address

            Hato Rey, Puerto Rico 00918
            City

            (787) 766-5656
            Phone Number

            E-mail: warren.vazquez@usdoj.gov

<u>US v. Fernando Gomez Rosario</u>
Crim. No. 00-108(DRD)
Page 2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

    At San Juan, Puerto Rico, this 1st day of December 2005.


                                                       S/Warren Vázquez
                                                       Signature