# In The United States District Court
# For The District of Puerto Rico



**UNITED STATES OF AMERICA**

    **Vs.**  CRIMINAL NO. 00-108 (DRD)

FERNANDO GOMEZ-ROSARIO

## NOTICE OF APPEAL

In compliance with the Court's Order, the Clerk hereby files a Notice of Appeal of Sentence on behalf of defendant Fernando Gomez-Rosario.

In San Juan, Puerto Rico, this 9th day of December, 2005.

                                                  s/ Rebecca Agostini-Viana
                                                REBECCA AGOSTINI
                                                Courtroom  Deputy Clerk