UNITED STATES DISTRICT COURT
FOR THE JUDICIAL DISTRICT OF PUERTO RICO

UNITED STASTES OF AMERICA
PLAINTIFF

V.                                    Crim. No. 00-108(GZS)

FERNANDO GOMEZ-ROSARIO
Plaintiff

==============================

## NOTICE OF APPEALS

COMES NOW the defendant, Fernando Gomez-Rosario, ("Gomez and/or the defendant"), by and throught this motion and very respectfully informs this Honorable court that he would be appealing the judgement of sentence imposed on Dic., 9, 2005, by the Honorable Judge George z. Single.

WHEREFORE, it is respectfully request that this Honorable court grant the following relies:

   a. That defendant be permitted to proceede in form pouperis;

   b. That an order be issued for the sentencing hearing to be transcribed, (Dic., 9, 2005), and for a copy of the same to be probided to Gomez;

   c. In addition to any others remedies that this court may deems needed.

Respectfully Submitted
By /s/ Fernando Gomez
Fernando Gomez-R., 18938-069,
M.D.C. Guaynabo, PO Box 2147,
San Juan, P.R. 00922