UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** December 29, 2005

**DC #:** 00-108 (GZS/DRD)

**APPEAL FEE PAID:** YES ____ NO __X__

**CASE CAPTION:** USA v. Sarucco
Defendant: Fernando Gómez-Rosario (2)

**IN FORMA PAUPERIS:** YES __X__ NO ____

**MOTIONS PENDING:** YES __X__ NO ____

**NOTICE OF APPEAL FILED BY:** Defendant
NOA filed by the court on 12/09/05 (#451) _____
NOA filed by defendant on 12/15/05 (#452) _____

**APPEAL FROM:** Amended Judgment imposed on 12/09/05 and entered on 12/12/05

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 264,387,395,429,Endorsed order of 9/19/05, 430,432, Endorsed of 10/19/05, 433-437,439-444, Endorsed order of 11/17/05, 445-452 | I |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk