# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Civil No. 00-108 (GZS) |
| | ) |
| FERNANDO GOMEZ-ROSARIO, | ) |
| | ) |
| Defendant | ) |

## ORDER ON APPLICATION TO
## PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED. The Clerk is directed to file the Appeal without the prepayment of fees or the necessity of giving security therefore.

IT IS ORDERED that Defendant's request for a copy of the sentencing transcript is GRANTED. The Clerk is directed to provide a copy of said transcript to Defendant without cost to him.

/s/ George Z. Singal
Chief U.S. District Court Judge
District of Maine, Sitting by Designation

Dated: December 30, 2005