UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:   January 11, 2006

DC #:      00-108  (DRD)

USCA #:  06-1079, 06-1080

CASE CAPTION:              USA      v.     Sarucco
                           Defendant:    Fernando Gómez-Rosario (2)

SPECIAL COMMENTS:    Copies  of  original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

**Docket Entries   454  &  455**                           I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                  FRANCES RIOS DE MORAN
                                  Clerk of the Court


                                  S/ Xiomara Muñiz
                                  Xiomara Muñíz
                                  Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk