Fernando Gomez-Rosario,
Reg: # 18938-069,
McRae Correctional Facility,
1000A Jim Hammock Drive,
McRae, Georgia 31055.

RECEIVED AND FILED
2006 AUG 17 PM 1:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

06-1905
DRD

United State District Court
Judicial District of Puerto Rico

RECEIVED & FILED
2006 AUG 18 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Fernando Gomez-Rosario
Petitioner.

-VS-

Civil case no. _____
[To be assigned by the clerk]
Related case no. Crim. 00-108(GZS)

United State of America
Respondent

= = = = = = = = = = = = = =

To the Honorable Judge George Z. Single:

Motion to vacate, set aside and or to correct petitioner's judgement of conviction and sentence pursuant to the prosecution of T. 28 U.S.C. § 2255

Comes now the petitioner, Fernando Gomez-Rosario, ("Gomez and/or petitioner") by and through this motion and very Respectfully move this honorable court, to Vacate, set at side and/or to correct the judgement of conviction and sentence based upon the followings grounds.

Certified mail no. 7005-1820-0006-0080-9734

Ground 1:

Appeal's Attorney Mr. Andrew Nathanson, ("Mr. Nathanson"), was ineffective when he intentionally failed to claim that "trial Attorney Linda George ("Mrs. George"), was ineffective when she willfully and intentionally failed to claim that supersiting indictment which alledged conspiracy possesion to violate T.21. USCA § 841 was barred by Gomez's previous acquittal of aiding and abetting charge alleging possession in Violation of T.21 USC § 841 based on the same set of fact and same evidence. Pursuan to the doctrine of Collateral Estoppel. (See Sealfon v. U.S. 68 S.Ct. 237, 332 U.S. 575 (U.S. N.J. 1948). "Supporting memoramdum of law will be filed within 35 days"

Ground 2:

Appeal's Attorney was ineffective by his failure to claim that speedy trial act were violated in Gomez's case, starting from Gomez's arrest, and the filing of the indictment for the alledged aiding and

abetting through the filing of the superseding indictment on march, 12, 2003, and ending up when Gomez was convicted on june, 26, 2003. "Supporting memorandum of law will be filed for this particular issue within 35 days."

- Ground 3:

Appeal's Attorney was ineffective when he failed to claim that ~~on trial~~ District court erred when admitted into evidence at Gomez's trial the gun alledgedly Recovered from the minivan within which Gomez arrived to the Hotel Iberia. "Supporting memorandum of law will be file for this particular issue within 35 days".

Ground 4:

Appeal's Attorney mr. Nathandon was ineffective by his failure to obtain an accurate translation of the conversation at the Hotel Iberia, "Between Gomez and agent Luis A carmona. Likewise Appeal attorney was ineffective by his failure to claim that trial attorney

Intentionally failed to obtain and submit into evidence an accurate translation of the conversation between Gomez' and the Government's Agent Luis A. Carmona At the Hotel Iberia. See Exhibit ___ "it will suppler "It will be Supplemented to this motion with 3 days"

Appeal's Attorney, was ineffective by his failure to claim that there was a personal and actual conflict of interest between Gomez and trial attorney mrs. George. which caused that Gomez be deprive of his constitutional Right as stated above and below

Ground :

Mrs. George was ineffective by her intentional failure to call as witness mr. Gomez only material witness for his alibi defense, to with, Doctor Cagurn. who had attended mr. Hermann Franco Restrepo, ("mr. Franco") or a person Gomez had taken to Emergency room of the Metropolitant Hospital, with a severe abdominal pain caused by a cronical constipation, for which

-5-

for which the doctor had prescribe him muscle Relaxer; milk of magnesia; ~~and~~ mineral oil and others. See Exhibit _____ "a memorandum of law along with the pertinent Exhibit will be filed within this court with the 35 days.

Ground:

Mrs. George was ineffective by her intentional failure to submit into evidence Mr. Franco medical Record which would have corroborated Gomez's testimony while at the same time would have Rebutted the Government's allegation that Gomez ~~~~ acepted to obtain a laxative for Mr. Carmona of for other Reason than good will. See Exhibit _____ "will be supplemented to this motion within 35 days.

Ground:

Mrs. George was ineffective by her intentional failure to obtain from the Government, Gomez's purchase Receipt from of the prescription given by the doctor at the Mr. Restrepo, which include, milk

of magnisia, mineral oil and others. (See Exhibit ____ "This Receipt would be supplemented to this motion as so the Government turn them ~~out~~ after ~~~~~~~~~~~~ to the petitioner;

Ground

Appeal Attorney was ineffective by his failure to claim that suppersiting indictment was constitutional, insufficient fails to state which did Gomez alledgedly conspired with as well it violated th fifth 5th and 6th amendment of U.S. Constitution and Grand Jury protection clausse. See Exhibit ____ it we this particular issue would be supplemented with & hisit and the memorandum of law with in 35 days

Ground:

The petitioner in this case it ~~actus~~ o o actually Innocent and if his sentence and conviction is not over turned it will Result in a miscarriage of Justice. See Exh

Petitioner will supplement the Exhibit and a memorandum of law for the issue stated above with the next 35 Days.

Wherefore it it Respectfully Requested that this Honorable court grant to petitioner all the Remedy and Relief seeked herein of in addition to any other that this Honorable court may deem ~~xxxx~~ needed

In McRae Georgia on the 10th Day of August 2006

Hereby I Fernando Gomez-Rosario, Declare under penalty of perjury that, on this 10th Day of August 2006 this done pursuant to the provision of T. 28 USC § 1746

By Fernando Gomez
Fernando Gomez-Rosario
Reg # 18938-069
McRae Correctional Facility
1000 Jim Hammock Drive
McRae Georgia 3~~00 55~~
31055