# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

DATE: September 6, 2006

DC #: 00-108 (DRD)

USCA #: 06-1079

CASE CAPTION: USA v. Sarucco
Defendant: Fernando Gómez-Rosario (2)

SPECIAL COMMENTS: Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

DOCUMENTS:                                                        VOLUMES:

**Docket Entry 464 (Transcript)**                                  I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk