**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

**DATE:     December 29, 2006**

**DC #:       00-108  (DRD)**

**USCA#:   06-1079**

**CASE CAPTION:**              **USA     v.     Sarucco**
                                           **Defendant:     Fernando Gómez-Rosario (1)**

**SPECIAL COMMENTS:     Copies of original documents**

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                          **VOLUMES:**

**Docket Entry   382   (PSR)**                                          **I**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above  and constitute the supplemental record on appeal in the case.

                                                   FRANCES RIOS DE MORAN
                                                   Clerk of the Court


                                                   S/ Xiomara Muñiz
                                                   Xiomara Muñiz
                                                   Deputy Clerk

Acknowledgment of Receipt:

Received By:     _____
USCCA #:         _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk