UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Fernando Gomez-Rosario**,

Plaintiffs

v.

**United States of America,**

Defendants

**Civil No. 06-1805(DRD)**
Related to Cr. No. 00-108 DRD

## JUDGMENT

For the reasons set forth in the Dismissal Order (Docket No. 4) of this same date, the instant case is hereby **DISMISSED without PREJUDICE**. This case is now closed for all administrative and statistical purposes.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 30th day of January, 2007

S/ Daniel R. Dominguez
DANIEL R. DOMINGUEZ
U.S. District Judge